Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

1  | In Pro se: Terry Digiovanni

2  | Address: P.O. Box 151343

3  | Los Angeles, CA     90015

4

5  | E-mail:  None

6  | Phone:  None

7  | In Pro Se: Terry Digiovanni

8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

9

10

11  Terry Digiovanni,
                    Plaintiff

Case No:

12      vs.

**CV16-08836**-JLS(SS)

Multiple Defendants: United States;
Federal, State, Agency actors; FBI.
Private entity actors: Assembly of
God, the rest are delineated.
                    Defendant(s)

Plead of 28 U.S.C. § 1331,
invoking 5 U.S.C. §§ 702 and 706
Injunctive Remedies.

13

14

15

16

### Section (I)

### Federal and State Actors.

17

| Federal Hierarchy: | States: | Local Law enforcement: |
|---|---|---|
| Pentagon; National security, DIA Homeland security. CIA. Federal. FBI. | Minnesota. California. Colorado. | Sheriffs Departments. City Police Departments. |
| **Commander and Chief. Barack Obama & Elective Donald Trump** | **Minnesota: Governor:** Office of the Governor & Lt Governor 116 Veterans Service Building 20 W 12th Street St. Paul, MN 55155 | **Minneapolis Police Chief & Div. of C.L.A.M.O.** 350 South 5th Street, Room 130 Minneapolis, MN 55415-1389 |

18

19

20

21

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

In Pro se: Terry Digiovanni

Address: P.O. Box 151343

Los Angeles, CA    90015

E-mail:  None

Phone:  None

In Pro Se: Terry Digiovanni

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Terry Digiovanni,          Plaintiff<br>vs.<br>Multiple Defendants: United States; Federal, State, Agency actors; FBI. Private entity actors: Assembly of God, the rest are delineated.          Defendant(s) | Case No:<br><br>Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies. |

## Section (I)

## Federal and State Actors.

| Federal Hierarchy:<br>Pentagon; National security, DIA Homeland security.<br>CIA. Federal: FBI. | States:<br>Minnesota. California. Colorado. | Local Law enforcement:<br>Sheriffs Departments.<br>City Police Departments. |
|---|---|---|
| **Commander and Chief.**<br>**Barack Obama** | **Minnesota: Governor:** Office of the Governor & Lt Governor<br>116 Veterans Service Building<br>20 W 12th Street St. Paul, MN 55155 | **Minneapolis Police Chief &**<br>**Div. of C.L.A.M.O.**<br>350 South 5th Street, Room 130,<br>Minneapolis, MN 55415-1389 |

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies. Page - 1.

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

| The White House 1600 Pennsylvania Avenue NW Washington, DC 20500 | **Minnesota, Attorney General,** 1400 Bremer Tower 445 Minnesota Street St. Paul, MN 55101 \| [Other unknown investigative titles.] | **Sheriffs Departments; in California.** |
|---|---|---|
| **Secretary of National defense. Ashton Carter.** 1000 Defense Pentagon Washington, DC 20301-1000 http://www.defense.gov/faq/pis/ dod_addresses.aspx | **California: Governor:** Jerry Brown c/o State Capitol, Suite 1173 Sacramento, CA 95814 | Los Angeles County Lea Baca & Div. of C.L.A.M.O. 4700 Ramona Blvd. Monterey Park 91754 |
| **NSA, Admiral Michael S. Rogers and Deputy Director Richard Ledgett** NSA/CSS Fort Meade, MD 20755-6248 | **Attorney General:** • Office of the Attorney General • 1300 "I" Street • Sacramento, CA 95814-2919 Other unknown investigator titles. | **Sheriffs Departments; in Minnesota:** |
| **Head of the CIA. John O. Brennan** Office of Public Affairs Washington, D.C. 20505 | **NIA**, successor to James R. Clapper, Director of National Security projects. Office of the Director of National Intelligence, Washington, DC 20511 | Cass County 300 Minnesota Ave W Walker, MN |
| **Contact FBI Headquarters** Director **James B. Comey** >>>>>> FBI Headquarters 935 Pennsylvania Avenue, NW Washington, D.C. 20535-0001 | **Divisions of FBI in Los Angeles.** <<<<<<< **Bill L. Lewis** 11000 Wilshire Boulevard Suite 1700 Los Angeles, CA 90024 | Rice, County 118 3rd St NW Faribault, MN 55021 |
| Homeland security. Head of Homeland security. Homeland security divisions in Los Angeles CA, and Minnesota. | | Todd county Sheriff,- 115 3rd Street South Long Prairie, Minnesota. 56347 |
| The Honorable Jeh Johnson Washington DC 20528 | https://dps.mn.gov/divisions/hsem/homeland-security/Pages/default.aspx **lasd** http://www.lasdhq.org/divisions/homeland_sec/ | Crow County 304 Laurel ST. Brainerd MN 56401 |
| **Los Angeles Police Department** \| Police Chief & Div. of C.L.A.M.O. \| 100 West 1st Street Room Los Angeles, CA 90012 | | Morrison County, 213 1st Ave Little Falls MN |
| **Plaintiff alleges the court can best procure the Federal, and State Hierarchy of Authority addressees; as the identified interface to the common citizen, may not be the correct address.** | | Hennepin. 9401 83rd Ave N Brooklyn Park, MN |

# Section II

# Private Actors.

| Religious Entities: | Addresses: | Psychology C.D. Facilities | Addresses: |
|---|---|---|---|
| Assemblies of God. | 915 3rd Ave N.E .Staples Minnesota 56479 | Weingarten Psychological, CD treatment divisions | 566 S. San Padro St. Los Angeles, CA 90013 |
| Assemblies of God. | Motley Minnesota 56466 | Midnight Mission | 601 S. Padro St. Los Angeles CA 90014 |
| Assemblies of God. | 71110 233rd Ave N.W. Elk River Minn. | Los Angeles Mission | 303 E. 5th St. Los Angeles CA 90013 |
| Assemblies of God. | 721 2nd 233 Ave N.W. Faribault Minnesota 55021 | AA Central Offices | 4311 Wilshire BLVD #104 Los Angeles 90010 |

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

| Assemblies of God. | 2100 Jefferson Rd. Northfield Minnesota 55027 | Faribault AA Group | 217 Central Avenue Faribault Minnesota 55021 |
|---|---|---|---|
| Assemblies of God. | P.O. Box 512 Brainerd Minnesota 56401 | Drug Abuse AA Place | 206 16 N.E. Staples Minnesota 56472 |
| Assemblies of God. | P.O. Box 7388 Alexandria LA,CA 71306-7388 | AA Club | 421 4th St. N.W. Wadena Minnesota 56482 |
| Episcopalian St Johns. | 514 West Adams Blvd Los Angeles, CA 9007 | AA Club | 217 8th St. Brained Minnesota 56401 |
|  |  | . AA Club | 302 4th Ave. N.E. Brainerd Minnesota 56401 |
| The General Council of the Assemblies of God General Superintendent: GeneralSuperintendent@ag.org ← ← ← | | 1445 N. Boonville Avenue Springfield, MO 65802-1894 ← ← ← ← ← ← ← ← ← ← ← ← | To administer complaints In Address to Assemblies of God in Los Angeles CA. ← ← ← |
| Diocese Of St Cloud | 3rd Ave. South St. Cloud Minnesota. 56301 | Closed in 2011: Past Brained Regional Center Present caretaker and/or occupier unknown. | Closed in 1998: Past Faribault State Regional Center. Faribault Minnesota 55021 |
| Arch Diocese of St. Paul and Minneapolis | 226 Summ. 4th Ave. Saint Paul Minnesota.55102 | | |
| St Michaels Catholic Churches | 280 1st Ave S. Motley Minnesota 56466 | Psychology divisions of U.S.C, | 3620 South McClintock Ave. Los Angeles CA.90089-1061 |
| Sacred Heart Catholic church | 310 4th St. N.W. Staples Minnesota 56479 | Psychology divisions of U.C.L.A | 1285 Franz Hall Box 951563 Los Angeles, CA 90095-1563 |
| Saint Anus Catholic church | 514 1st St. S.E. Wadena Minnesota 56482 | Treatment Facilities, Halfway Houses in Los Angeles, and Minnesota: Pending investigation. | |
| . Divine Mercy Church | 139 Mercy Drive Faribault Minnesota 55021 | Fountain Lake Treatment facility. | 404 Fountain St. Albert Lea Minnesota.56093 |
| St Vincent Catholic Churches | 621West Adams Blvd. Los Angeles 90007 | Faribault Family Focus | 303 1st Avenue N.E. Faribault Minnesota 55021 |
| New Covenant Church | 2140 Highway 3 S, Northfield, MN 55057 | Jordan Treatment facility. | Address unknown |
| Nationally: Victory Outreach. | 1234 West 7th St. Los Angeles 90017 | Salvation Army Rehabilitation | 3107 Grand Ave Los Angeles 90007 |
| Televangelists: for durational persecution in the past; Presently believed to be one accord with manifestation of alleged behavior. Known and unknown. | Pat Robertson. CBN 977 Centerville turnpike Virginia Beach VA 23463 | 180 East Ocean Blvd.    ¦    Southern California Division Long Beach,    ¦    Covers the following county: Los Angeles  CA 90802  ¦    Los Angeles | |
| | Richard Roberts P.O. Box 2187 Tulsa Oklahoma 74102-2187 | The Salvation Army – Northern Division 2445 Prior Ave. N.    ¦    Rehabilitation Center Roseville, MN 55113-2714 | |
| | Ken Copeland. Fort Worth Texas 76192-0001 | USC, & UCLA MICROBIOLOGY DEPARTMENTS USC, & UCLA NANOTECHNOLOGY DEPARTMENTS | |
| CBN Radio Broadcasts in specific and in general | 102.7 KTIG Pequot Lakes MN | UCLA ¦ 405 hilgard Ave ¦ 90095. USC California ¦ Los Angeles CA ¦ 90089 | |
| Plaintiff alleges witnessing multiple other televangelists' broadcasts in 1986, identifying persecution of himself to be God ordained. | | | |
| Individuals | | Individuals | |
| Dale, Bruce, Roy, Dean, Ned, Nina, Dewey, Digiovanni. | Highway Route 64 Motley Minnesota 56466 | Plaintiff alleges multiple known and unknown individual names will surface via requested (Demand 1.J) investigation. | |
| Mary Neznick. | Address unknown. | | |

**(1)** Plaintiff alleges jurisdiction pursuant to 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 judicial review, APA, Title 28, § 1361 Mandamus, reliefs for outrageous gross to actual negligence: by the identified hierarchical categories of authority, and private actors under color of law in the delineation above. Plaintiff requests rule 65 preliminary injunctive relief from listed

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

1    defendants conduct violations of (Amend. 1. | 4. | 5. | 8. | 13. | 14. | Title U.S.C.

2    18 § 241 | Title 18 U.S.C. § 2340.)

3    **(1.1)** These said violations are a continuum of 33 years, and present

4    condition of absolute obstruction; depriving plaintiff Terry of the use of

5    representation attorney, the use of said delineated Structure of Authority, and

6    amendment (1) use of the Courts. This leaves Federal Jurisdiction as the only

7    relief from continuous torture, and deprivation. (See Attached Brief Addressing

8    State Secrets Privilege, Separation of Powers, Prudential.)

9    **(1.2)** Allegation of historical and current events are geographical to 7

10   counties in Minnesota, 1 county in Colorado, 1 county in Arizona, 2 counties in

11   California, affecting several States.

12   **(1.3)** Plaintiff alleges venue is proper; in addressing defendants from

13   Minnesota, and others, are in concert with defendants in Los Angeles, of which

14   city: 24 years of alleged interstate criminal conduct has taken place.

15   **(2)** Plaintiff Terry complains of 10 years premeditation, motivating 33

16   years of public torture: methodically violating every conceivable stature, and

17   amendment protecting real property, economic rights, limbs, reputation,

18   association, conscience, representation law, etc. The Federal question is can

19   paraphrased 11th and 12th step mobs, inspired by professional class of

20   psychology, counselors, pulpits, commit these atrocities in claim to be God? Can

21

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

1    identified hierarchy of law participate upon belief said is God? Can the refusal

2    of authority to investigate mob action as public interest responsibility, refuse to

3    take a report from plaintiff, be called mere definitions of negligence, and not

4    conspiracy of malice aforethought?

5        **(2.1)** Can NSA projects claim they are an entity unto themselves by SSP

6    law, manipulate local and state structure of law to orchestrate social science

7    experiments; as in the manner said professional classes and their mobs are

8    alleged in this plead: to be persecution of plaintiff?

9        **(2.2)** The federal question is can the supremacy clause represent the

10    plaintiff against the tyranny of hierarchy leading identified higher power mobs

11    in continuous annihilation violation of plaintiff rights?

12        **(3)** Plaintiff alleges Conspiracy of malice aforethought, motivated by

13    private actor religious, political and powerless belief systems are acting under

14    color of law: maintaining [presently] absolute deprivation, with systematic abuse

15    of said rights. This alleged ritualism is, and was exercised 24-7, of said 33-year

16    duration: subjecting plaintiff Terry to absolute dangerous, physical deprivation

17    environments, and in a continuous trauma state of extreme emotional distress.

18        **(3.1)** Plaintiff Terry alleges as of July 2013, this culminates in an increase

19    of continuous ritualistic psycho-tronic warfare torture being practiced against his

20    person and conscience: at a grotesque attempted murder 1 level. Plaintiff alleges

21

1    only national security and the pentagon has the technology to practice the

2    saturation of whole cities: with psycho-tronic warfare, continuous interstate

3    defamation, real time eye contact surveillance occult and holo-graphic imaging

4    crime. (See attachment substantive; Exhibit 1; Section 4 psycho-tronic testimony

5    2012-2014; 2015 [torture].) (See requested Exhibit 5; Psycho-tronics, page 3.).

6        **(4)** Allegation of gross to actual negligence; in part, is based on contacts

7    to the FBI refusing from the indigent position plaintiff Terry was in, to take a

8    report of crime (testified of in Exhibit 1, Attachment Substantive) to the date of

9    June 2001; of which date, FBI contact stated plaintiff Terry was to process his

10   complaint through the citizen complaint department of the Federal District

11   Court, Spring St. Los Angeles. (See Attachment Substantive, Exhibit 1; Section

12   2, {Obstruction Summary}). Plaintiff Terry commenced to send via certified

13   mail, essentially this [Exhibit (1)] content packet to the said Court's citizen

14   complaint department.

15       **(4.1)** Based on testimony and documents in [Exhibit (1)] packet, the

16   Federal District Court's citizen complaint department allegedly acted in gross

17   negligence: by refusing to forward contents to the Federal District Attorney,

18   and/or to the internal affairs of FBI; or to internal affairs of the Los Angeles

19   County Sheriffs Department; or internal affairs of Los Angeles Police

20   Department; or internal affairs of the Several County Sheriffs department in

21

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

1    Minnesota; but rather returned said packet with an unsigned letter, and a family

2    attorney referral list. (See Attachment Substantive, Exhibit 1; Section 2,

3    {Obstruction Summary}, and documents.)

4    **(4.2)** In 2009 the Last year Plaintiff had a cell phone, He contacted this

5    same phone No. (310) 477-6565: they had a dead connection, no phone rings, no

6    hello--just dead silence, plaintiff Terry spoke; is this the FBI? A male voice said

7    yes, Plaintiff Terry said I don't believe it, and hung up. Plaintiff Terry repeated

8    the call: the exact same sequence. Plaintiff Terry believed the FBI or another

9    entity had taken over his phone, and further pursuit of representation by the FBI

10   was impossible.

11   **(4.3)** Of 1984 violation of all tort protections of person, name, economics,

12   and associations, plaintiff Terry alleges of counts (4-4.2) 2001 event date,

13   sequential testimony is of absolute intimidation by said delineation hierarchy of

14   authority. A allegation of sheriff departments, police departments, as members

15   of the listed delineation of churches, in continuum conspiracy with said

16   professional classes of powerless belief system treatment facilities (AA, NA):

17   actually affecting alleged private actor criminal persecution; of who claim to be

18   God; in their continuous destruction of all that life is. Plaintiff alleges said "state

19   actors," act in malice aforethought: knowing themselves to be acting outside of

20

21

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

1   policy. (See Attachment Substantive, Exhibit 1; Section 2, {Obstruction

2   Summary}, entirety of Exhibit and documents.)

3   **(Demand 1.)** Plaintiff has a fundamental constitutional right to

4   representation by appropriate laws; a fundamental Amend. 1 right to redress

5   injury in a court of law: thereby plaintiff Terry requests under Section 1361 of

6   Title 28, remedy in the form of an Extraordinary Writ of Mandamus, 702, 706,

7   Administrative Procedure Act, or other authority of this Court: appoint a 100

8   Man task force to investigate allegations of 34 years of continuous crime; said,

9   unabated by representative law. Because said authority structures are alleged to

10  be functioning as absolute tyranny, plaintiff requests task force be subject to a

11  sequence of MMPI (1) [Minnesota Multiphasic Personality Inventory.] and

12  Polygraph tests: assuring an honest investigation of allegations. Plaintiff further

13  requests a hearing on this issue, and consultation with task force.

14  **(Demand 2.)** Plaintiff Terry requests to attach one SSP, Separation of

15  Powers, Prudential brief; one Time_Limit_Brief; one Attachment_

16  Substantive_Exhibit (1) *(506±2)* pages of sworn oath testimony, and documents:

17  for this Court's qualification of fact, evidence, substantial issues, and for

18  requested task force. Further plaintiff requests Attachment_ Substantive_Exhibit

19  (1), be sealed from the public. Further plaintiff requests, to attach five additional

20  Exhibits; 1 Stare Decsis of Stare Decsis, 1 Political, 1 Religious, 1 Psychotronic

21

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

1    warfare reference, 1 The Instruction: alleging defendant motives are revealed in

2    said Exhibits.

3    Plaintiff alleging identification of pure speech: addresses to the Court, a

4    personal, political, religious site containing said Exhibits, [no longer on the

5    internet] is available on CD; and is playable on a browser. Further plaintiff

6    requests clerk of Court communication by certified mail, alleging totalitarian

7    acts against P.O. Box, 151343 LA CA Zip. 90015, and current blocking of the

8    use of e mail on several host email carriers.

9    ————————————

10    **(5)** Plaintiff Terry alleges in a 1972 Conscientious Objection status:

11    Military Apparatus, perhaps DIA, became inherently interested in plaintiff:

12    because of his unique charisma as a Risen Christ believer. Pentagon via national

13    security projects were experimenting, developing: psychics, and other

14    peculiarities, as possible National Defense Mechanisms.

15    Plaintiff alleges as the Pentagon, and National Security became an entity

16    onto itself; concentric Nano Bot Psychotronic Warfare was developed from just-

17    such a project. Plaintiff alleges this project operates as a covert rogue entity,

18    attacking American Citizens of whom believe in the USA as a Republic: a

19    sovereignty of Economy, Borders, Language, as the Culture.

20

21

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

1    **(5.1)** Plaintiff Terry alleges elements of pentagon, and said projects, have

2    made himself a guinea pig on several mob persecution issues, alleges said is the

3    influence of State and private entity: orchestrating (1986-2016) whole state,

4    national violation of all that his life is. Plaintiff alleges psychotronic reference

5    Page (3.) is the result of said guinea pig experimentation. [Lesser number of

6    persecutors to accomplish the same end.] (See Exhibit 5, Psychotronic

7    Reference, Page (3.))

8    **(5.2)** Plaintiff alleges in March 2012, said Pentagon hierarchy unleashed

9    rogue psychotronic warfare, expecting to make a quick work of murdering

10   plaintiff. Plaintiff alleges, of this date Patraeous operatives entered into the

11   Hudson Clinic, L.A. CA and laced a Gabapentin prescription with Nano Bots |+|

12   embodied in pods\. Likewise 2013 into U.S.C. County General Tower Clinic,

13   again 3-4-2016 in Hudson Clinic, lacing Gabapentin prescriptions. Plaintiff

14   alleges he retains the majority of the contents of said prescriptions for evidence

15   purposes.

16   **(5.3)** Alleges said rouge operatives use remote interface like gaming

17   devices to activate Nano Bots of which they poison targets with, operating

18   various pre-design torture techniques against victims. Said also use micro

19   frequencies to deform, mutilate, tear, rip, tendons attempting to mold them into

20

21

1  deformity; also said pods are doped with DNA Nano Bots; in attempt to grow

2  perverted forms of organism etc. (See Psycho-tronic Reference. Exhibit (5))

3  **(5.4)** Plaintiff alleges from this time frame March 2012, operative covert

4  rogue entities unleashed psychosexual, and grotesque Psychotronic warfare

5  against multiples of women in the USC College area, increasingly through out

6  the down town L.A. location whereof plaintiff frequents.

7  **(5.5)** Plaintiff alleges Said Federal Hierarchy has Private Actor UCLA,

8  USC Microbiology, Nano-technology curriculum in concert as a Covert

9  operating base for alleged foreign, and domestic terrorism.  Plaintiff alleges all

10  victims are law-abiding citizen; sociopaths and such appear untouched. The

11  delineation hierarchy of authority refuses to issue ORANGE TERRORIST

12  ALERT. (See Attachment Substantive Exhibit 1: Section 4, 2012-2014, 2015

13  Psycho-tronic Torture Testimony. 2016 Psycho-tronic Torture Testimony).

14  **(6)** In late February 2014 plaintiff sent an FOIA request to the FBI.

15  The FBI sent a statement they have no files. Plaintiff appealed for extended

16  file search, 9 days after the 60-day appeal time.

17  **(6.1)** Plaintiff finds this difficult to believe considering the fantastic

18  spectacle this 1986-2016 debacle was/is, and fears hierarchy of authority

19  decided to treat him as non-existence. This decision could move files under new

20  categorization, or destroy files.

21

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

1    **(6.2)** Discovery may reveal original, or new categorization of plaintiff

2    files under Title 5 U.S.C. § 552 (b) (1), (b) (2), (j) (2).

3    **(6.2)** Under discovery, internal investigation, or other investigation:

4    evidence of destroyed files, may be traceable via logs of changes, updates, and

5    other clerical evidences.

6    **(6.3)** In consideration of destroyed files: non-employees operating as

7    rouge operatives, being paid, but not found in any agency recorded job

8    assignment; or job assignments without proportional files.

9    Plaintiff Terry alleges (5-5.3) – (6-6.3) is public interest issues.

10    **(7)** Psychotronic digital invasion of a sovereign person is the most evil

11    man has become. History proves only cruel evil men of tyranny need, and use

12    torture to form, and control mankind. Plaintiff alleges the stringencies of forced

13    anti-psychotic medication policy rules would be the administrative limitation;

14    **"if"** this pure evil invasion of the corporal person were ever legislated as law.

15    Plaintiff Terry alleges presently Nano Bot Psychotronics is being used in

16    invasion of his corporal person as a physical mutilating torture action.

17    **(7.1)** Plato, Socrates, Aristotle, etc, were the considered elements, the

18    Fathers of the USA designed the Black Stone Bill of Rights: declaring thereof,

19    man is an organic being; mankind shall no longer suffer corporal abuse, or

20    torture, by edifice of government and religion.

21

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

1    **(7.2)** The Bible, of which Oath is sworn upon to uphold the Constitution

2    embodying our Bill of Rights: no man yet hates his own flesh, but nourishes,

3    and cherishes it; another place admonishing us to beware of mutilating dogs....

4    (7.3) Invasion of the very organic being of a person, via inorganic

5    transistors: activating said with unnatural micro frequencies or other, to torture,

6    abuse the natural corporal state of heart, mind, and emotion; to a state desired

7    external requisite behavior, often bizarre and immoral to that unique individual

8    human consciousness...is the absolute evil of evil. (See Brief: 4th Amendment

9    Construction and issues.).

10    **(7.4)** This unnatural inorganic evil imposition demands a just response:

11    "construction" via organic law, re-establishing our natural corporal protections

12    of our Bill of Right's. This inhuman tyranny demands organic law use

13    extraordinary, and coercive remedy power by order of the Court: as the other

14    bodies of this constitution appear incapable, if not culpable.

15    **(7.5)** As our Fore Fathers declared the Blackstone Bill of Rights

16    interpretation to be the guarantees, and natural state of mankind--So let this

17    Court concur.... See Exhibit 2, The Measuring Rod.

18    **(Demand 3.)** Guarantees of relief for plaintiff include Title 18 U.S.C. §

19    2340. Therefore in necessitation of stopping the psychotronic horrors and abuse:

20    Plaintiff requests under 702, 706, Administrative Procedure Act, Judicial

21

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

1   reviews; Section 1361 of Title 28, relief in the form of an extraordinary Writ of

2   Mandamus; or other authority of this Court. That said Court exercise discovery

3   of Executive, NSA, CIA, NIA, DIA, Pentagon, Home Land Security, FBI,

4   alleged torture of plaintiff Terry--a citizen of the USA; and establish any

5   plaintiff procedural discovery rights. (1). Further plaintiff requests Courts

6   discretion of hearing for (Demand 3).

7       Plaintiff further requests on the condition Judiciary comes under siege of

8   psychotronic warfare, in intent of compromising Judicial remedy; the Honor of

9   the Court take appropriate measures to educate themselves, protect themselves,

10   and expedite discovery request.

11   **(Demand 4.)** Plaintiff Terry requests all technology that can detect Nano

12   Bot invasion [poisoning], deprogram nanobot invasion [poisoning], etc: inherent

13   to National Security, and the rest of the said Hierarchy, be made available to

14   himself, and the public. Further, requests an order for a full physical, and

15   necessary battery of tests by experts in the field, competent to diagnose patterns

16   of psycho-tronic nanobot, other frequency ritual damage.

17       Plaintiff alleges 2008-2013 Material TESTS: MRI, NCT, MCT, EEG,

18   does indicate a pattern of Psycho-tronic abuse; regarding permanent muscle loss

19   via nerve damage; said damage, with no other injury to Himself.

20

21

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

**Plaintiff further requests permanent relief, and requests to present two additional Briefs: Brief: 4th Amendment Construction and issues.**

**Brief: Plaintiff's forensic standards for Psychotronic torture;** a hearing to argue for brief points.

---

(8) Plaintiff Terry alleges from a basis of living in deprivation, all said hierarchical authority structures are orchestrating an increase malice of aforethought psychotronic warfare: presently mayhem, with intent of grotesque murder 1 against himself and others. Said orchestration, allegedly use domestic and foreign rouge entities...believed to be GI Bill Microbiology, Nano-technology, parapsychology, students; apparent Islamic religious entity, Nation of Islam, and other dissidents, with anti "Republic of the USA" belief systems...one rouge group appears to be a U.N. Russian embassy coalition.

Plaintiff alleges Private Actor UCLA, USC: Microbiology, Nano-technology curriculum is a Covert operating base for alleged foreign and domestic terrorism. That Pentagon, National security, CIA, NSA, Homeland security (divisions in Minnesota and Los Angeles), FBI, one world agenda design: has said private entity actors in concert; as their extension of psycho-tronic warfare.

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

1    **(Demand 5.)** See **Brief: 4th Amendment Construction and issues.**

2    Therefore, Title 18 U.S.C. § 2340 guarantees immediate defense of life,

3    limb, and health of all matters, plaintiff Terry requests preliminary rule 65

4    injunctive relief against delineated defendant hierarchy and their proxy under

5    color of law: to cease and desist psychotronic warfare; in allegation presently

6    practicing mayhem; collectively, unceasing attempted Murder. And further

7    requests consistent with **(Demand 3)** any other order the authority of this Court

8    deems an appropriate investigation.

9    _____

10    **(9.)** Plaintiff alleges listed defendant hierarchy of authority is using

11    surveillance: via current technologies of laser and Nano bot power, in malice

12    aforethought trespass invasion, violating several amendments protecting his

13    person, place, things, associations; resulting in durational physical suffrage and

14    intentional extreme emotion distress....

15    Surveillance via said current technologies, of laser and Nano Bot power,

16    are alleged to have State, interstate level mob entities; unleashed in real time,

17    practicing violation of every conceivable Amendment, State stature, tort, and is

18    alleged to be the principle cover for Psycho-tonic warfare. Plaintiff further

19    alleges he first witnessed the use of drone surveillance in 1985, when employed

20    as maintenance assistant for City of Motley MN 56466.

21

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

1    **(9.1)** Plaintiff alleges said mobs are violating U.S.C.A. (Amend. 1. | 4. | 5.

2    | 8. | 13. |14.), Title 18 U.S.C. § 2340 | and from June 1, 1990 Title U.S.C. 18 §

3    241 of Plaintiff Terry's right to travel interstate, contact attorney representation,

4    work, do business, enjoy life; further while subject to deprivation, brutalizing

5    plaintiff's rights for using social services.

6    **(10.)** Plaintiff Terry alleges while researching law on matters of this

7    complaint, and preparing this pleading: said despotic surveillance, audio

8    technology; in addition to increasing severe Psycho-tronic Torture, maintains

9    every listed delineation entity viewing his research and methodology pursuit for

10   remedy. Plaintiff's computer was hacked x4, needing restore points x4 in the

11   Los Angeles law Library, whereof files of testimony and research were

12   apparently stolen. Plaintiff quit using the Internet after 8-13-13. The use of the

13   internet for e-mail is completely blocked to date of 8-2016. Further alleges on

14   this subject, said despotism and listed delineation entities maintain obstruction

15   and interference, via occult roaring; verbal abuse at a distance; physical

16   confrontation via riff raff encompassing 11[th,] 12[th,] step groups; Hollywood

17   groupie's; sports groupie's of apparent sports idols: invading privacy, stealing

18   legal intellectual property rights, legal documents, testimony; as well as the form

19   and substance of this pleading, and it's briefs. Therefore: in option of exparte, all

20   defendants are aware of the content of this complaint against themselves.

21

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

1    **(Demand 6.)** See **Brief: 4th Amendment Construction and issues.**

2    Reliefs Title 18 U.S.C. § 2340 protects plaintiff from counts (9-10)

3    violations of alleged continuous trespass invasion of privacy; via surveillance,

4    orchestrating en-masse group criminal conduct; therefore plaintiff Terry requests

5    rule 65 preliminary injunctive relief in form of cease and desist orders, orders of

6    internal investigation, Judicial review consistent with **(Demand 3)**, and other

7    deemed by the authority of this Court an appropriate investigation of the above

8    identified defendant hierarchy of authority: Plaintiff requests Courts discretion

9    on hearings  for this demand.

10    Plaintiff further requests said hierarchies cease consult with private actors.

11    _____

12    **(11.)** Plaintiff Terry alleges said above delineated hierarchy of authority

13    acted in gross to actual negligence: because of the outrageous public nature of

14    orchestrated National, Multiple State: Religious and Political Persecution.

15    Incorporating, (4)... (4.1)...(4.2)...(4.3)...in identifying negligence.

16    **(11.1)** From 1990-2016 Said hierarchy of authority is additionally alleged

17    to be liable for all crimes identified in U.S.C. Title 18 § 241...for Federal, State,

18    and private actor criminal behaviors against plaintiff's interstate travel; pursuit

19    of an attorney, right to work, do business, live in peace, and associate in other

20    states.

21

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

1    **(11.2)** Plaintiff alleges the listed hierarchy of authority does not have the

2    beginning of a public policy interest basis, in refusing to represent his rights

3    against said public deprivation crime.

4    **(12.)** Madison said--The very essence of civil liberty; certainly consist in

5    the right of every individual to claim protection of the laws whenever one

6    receives injuries. (Marbury V. Madison) guarantee of constitutional

7    representation: (Amend. 1. | 4. | 5. | 8. | 13. | 14.), U.S.C. Title 18 §§ 241, 2340

8    are at issue; regarding alleged crime in several States.

9    (12.1) These federal violations pertain to mock trials: with real property

10    damage, real economic damage, battery damages, punitive damages,

11    depredation, degradation, deprivation of all that life and liberty is; said claiming

12    to be judgments.

13    | Amendment I. | Obstruction of the use of Judiciary remedy. *(33 years*

14    *deprivation to prevent writing on religious, political subjects, and other matters*

15    *for income. Persecution of Religious and Political beliefs.    Economic*

16    *deprivation to prevent durational communication via website.)*

17    | Amendment IV. | *(Trespass of personnel writings, (intellectual property*

18    *rights) legal documents. enhanced Invasion of Person, of privacy of Home,*

19    *Associations, and business.). |*

20

21

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

1    Amendment V. and VI. | *Mock Trials in Churches, Powerless AA*

2    *assembled groups, and apparent delineation hierarchy of authority: Executing*

3    *33 years of maliceaforethought mayhem, economic deprivation, stature tort,*

4    *violations: claiming to be judgments. (Real and public false imprisonments).*

5    | Amendment VIII. | *(See Exhibit (1) the whole 4 corners of (506±2)*

6    *pages of testimony:* Plaintiff Alleges defendants claiming to be Jugements

7    executed Title 18 U.S.C. § 2340 torture defintions of Contra band assault,

8    mental emotional brain washing during incarceration; intent to change

9    personality. Alleges in continium executing psychotronic torture of all Title 18

10    U.S.C. § 2340 definitions; event is in Constuct of public false imprisonment;

11    alleges intent of destroying personality, alleges intent of permanent catastrophic

12    mayhem, alleges intent of sexual mutilation mayhem.  *Plaintiff alleges § 1988 is*

13    *the construct action for relief from public mock false imprisonment.*

14    | Amendment XIII. | *(Imposed slave labor conditions, malice*

15    *aforethought, extreme deprivation, and ritualistic drug assaults to maximize*

16    *assimilated aging and physical breakdown. See the whole 4 corners of Exhibit*

17    *(1) (507±2) pages of testimony and documents.  See also (Exhibit (1);*

18    *Substantive_Attachment, Section 1, {addendum} Defined Crime 1983-1997.).*

19    *Krupp enterprises were indicted for crimes against humans for identified*

20    *deprivation conditions: this, during wartime. Plaintiff alleges said and same*

21

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

1    *identified deprivation conditions imposed against himself during peace time; for*

2    *the amusement of the said sadistic mobs identified in considering (507±2) pages*

3    *of testimony and documents.). Plaintiff Alleges Court conduct to be a*

4    *ratification of peonage against plaintiffs economic life. Plaintiff alleges § 1988*

5    *is the construct action for relief from this ratification.*

6    | Amendment XIV. | *(See the whole 4 corners of (507±2) pages of*

7    *testimony and documents: Violation of Life, liberty, and pursuits of happiness,*

8    *via inconceivable persecution. Obstruction of representation by law; Public*

9    *Mock Trials: inconceivable public crime claiming to be a sentence of Judgment,*

10    *of, for, and by the said public mobs.).*

11    (12.2) Plaintiff alleges said hierarchy of Authority conspired obstruction

12    of obtaining evidence for alleged stature, and tort violations: by Religious,

13    Political, and powerless belief systems, in State and Interstate environments:

14    MaliceForeThought.                    Gross to Actual, Negligence.

15    Deprivation.                          Trespass.

16    Invasion of privacy.                  Battery

17    Extreme Emotional Distress.           False imprisonment.

18    Plaintiff in alleging obstruction of right's to representation by law as

19    remedy from religious, and political persecution throughout Minnesota,

20    California, other States…itemizes Obstruction of the use of Title VII remedy on

21

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

1    an employer issue …itemizes Obstruction of civil suits against a psychologist's

2    malpractice MMPI interpretation of gender conflict, effecting 1983-to present

3    2016 date continuous irreparable harm.

4        Itemizes Obstruction of securing broadcast footage, radio tape, in remedy

5    from unceasing defamation; allowing intimidation of witnesses via subsequent

6    uproar and violence…Obstruction of remedy from unceasing physical battery:

7    presently psycho-tronic mayhem…obstruction thereby; of remedy from the

8    resulting extreme mental, and emotional trauma.

9        **(12.3)** Alleged defendants at state levels are identified in Section (II) in

10   the above private actor delineation.

11   ────────────────

12       **(13.)** Plaintiff Terry further alleges conspiracy by above said hierarchy of

13   Federal authority--without authority of policy precluded plaintiff Terry's

14   guarantee of representation law as a fundamental defense against alleged

15   premeditated public torture: claiming to be God, higher powers in judgment.

16       **(13.1)** Plaintiff Terry alleges; in 1984-85 without authority of policy Said

17   Federal Hierarchy as primary state actor, joined a whole State of Minnesota

18   conspiracy of local law enforcement secondary state actors; in several counties,

19   and cities: with private actors, consisting of known, and unknown professional

20

21

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies. Page - 22.

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

1    class powerless belief systems of Psychology, AA, NA, Treatment facilities; and

2    of several ecumenical order of Churches.

3    **(13.2)** Said, in conspiracy is alleged to be practicing public criminal

4    conduct: claiming to be God in Judgment; violating` plaintiff Terry's (Amend.

5    1. | 4. | 5. | 6 | 8. | 13. | 14.) rights. | Title U.S.C. 18 § 241 | Title 18 U.S.C. §

6    2340: committing every stature and tort violation protecting real property,

7    economic rights, limbs, reputation, association, conscience, etc.

8    **(13.3)** Plaintiff alleges in pre-Christmas of 1985 and January of 1986,

9    CBN Pequot Lakes, Minn. Christian Public Broadcast 102.7 entities: stated

10   professional classes of Psychology, AA counselors, had gathered together with

11   full Gospel entities, of whom allegedly brought forth the whole state Judgment

12   content being practiced against plaintiff Terry; in real time of 1986, through this

13   said date of 2016.

14   **(13.4)** Baseline of alleged conspiracy; in response to Conscientious

15   objection classification, its development to 1984:

16   (A) Federal Level: 1973 Military Intelligence, FBI Intelligence.

17   (B) State level: 1973 Assemblies of God, other Religious Entity, two

18   County Sheriff Departments, allegedly stalked plaintiff to Faribault Minnesota,

19   and premeditated to 1983, of which said, snowballed into continuous mob

20

21

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

1  criminal activity through any given date of 2016.

2  **(13.5)** Plaintiff Terry alleges when drafted in Dec. of 1972, he applied and

3  received Conscientious Objection status. Alleges the listed private actor

4  delineation entities: political conscription military service beliefs, to be the

5  baseline motive of continuous criminal tort violation, acting out in retaliation to

6  this classification from the Vietnam Era 1973, through this present 2016 date.

7  (See Attachment Substantive Exhibit 1: Section 2 {MMPI Summation} Page's

8  18 - 21.) Section 2, {Obstruction Summary Page 8, line 25 - Page15 lines 1-3.

9  (13.6) Alleges Religious persecution with this said political belief; in

10  addition to a baseline of 10% reciprocity belief, old time traditional beliefs:

11  justifies "themselves," acting out in unceasing fraud and economic deprivation

12  via continuous criminal tort behavior; 1983- to present 2016 date.

13  Verses plaintiff Terry's liberty as a Jesus person: living life according to

14  the black stone interpretation of the bill of rights in reciprocal courtesy to all

15  other citizens. Said religious persecution despised their limitation to the

16  Blackstone Bill of Rights; despising plaintiff's Conscientious Objection

17  classification of citizenship rights.

18  **(13.7)** Plaintiff alleges the requested task force investigation will reveal if

19  federal conspiracy begins in a 1972 Conscientious Objection action.

20  **(Demand 7.)** Therefore in complaint of *official acts frustrating litigation.*

21

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies. Page - 24.

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

1    …claims that "systemic official action frustrates plaintiff, plaintiff class in

2    preparing and filing suits at the present time… **(Demand (1)** is requested. (See

3    Exhibit (6) the Instruction | Exhibit (1) Attachment_ Substantive_ in sum.)

4        In this complaint of Multiple Private, State, FTCA, Actor Defendants, the

5    refusal of representation by law, obstruction, and conspiracy issues, etc. leaves

6    plaintiff in limbo as what to file concerning the several types of damage based

7    on available evidence.

8        On condition the Court Grants injunctive relief, and requested **Demand**

9    **(1)** investigation. Plaintiff requests postponement time to obtain attorney

10   representation, case preparation, and establish pleadings.

11   Plaintiff Terry alleging the most heinous durational persecution, in the

12   history of the USA--alleges **(Demand 1)** request is not a fishing expedition of

13   probability; it is a fundamental constitutional right to representation by

14   appropriate laws to all evidence; request is warranted by existence of Exhibit (1)

15   evidences, witnesses, estimated discovery; of which, already legitimizes

16   complaint to proceed in litigation, a fundamental Amend. 1 right to redress

17   injury in a Court of law.

18   "Subsequently" of relief via **(Demand 1.)** task force investigation:

19   preliminarily expectation of attorney representation pleadings will be pursuant

20   under 28 U.S.C. § 2680(h) | 28 U.S.C. §§ 2674, 1346(b), for punitive and

21

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

1    compensatory damages; if any violation by alleged Federal entity.

2    In lieu of the Courts decision to order relief via **(Demand 1)** task force

3    investigation: preliminary expectation on issues and remedy concerning

4    allegation of State, Private Actor, deprivation, conspiracy, intimidation of

5    witnesses, and other, will be pleaded under U.S.C. § 1331, 28 U.S.C. § 1343

6    invoking 42 § § 1983, 1985, Court discretion supplemental 28 U.S.C. § 1367);

7    and establish under U.S.C.A. 42 § 1988 substantive procedure for remedy in tort

8    damage of any unresolved issues; in complaint of (28 U.S.C. 18 § 241; Title 18

9    U.S.C.Â § 2340), U.S.C.A. (Amend. 1. | 4. | 5. | 6 | 8. | 13. |14.) violations.

10    .    _____

11    **(14.)** This will be the first representation by functional authority, of

12    alleged 10-years premeditation: motivating 33 years of ritualistic crime.

13    **(14.2)** Thereby time limits are at issue in this complaint, and future

14    complaints: plaintiff alleges Continuous Tort violation reference for alleged

15    continuous crime; of which is also tortfeasor liable. On specific time limit

16    issues: Time_Limit_Breif_ attachment is lodged upon filing of Complaint; for

17    Judicial of time limit rule.

18    **(Demand 8.)** Access-to-courts claims fall into two categories: claims that

19    "systemic official action/inaction frustrates a plaintiff or plaintiff class in

20    preparing and filing suits at the present time," where the suits could be pursued

21

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies. Page - 26.

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

1  "once the frustrating condition has been removed" and claims of "specific cases

2  that cannot not be tried (or tried with all material evidence), no matter what

3  official action may be in the future."Therefore plaintiff requests in the Light of

4  Continuous Tort Reference...Time_Limit_Breif_"after;"--in 33 years the first

5  legitimate **(Demand 1)** investigation is accomplished, said tort time limit begins.

6   **(15.)** Plaintiff alleges stature governing all mayhem, mutilation, attempted

7  murder crime; has no time limitation. Plaintiff believes of this date 2016: as

8  stands, the alleged unceasing crimes resulting in tort violation, is subject to

9  litigation for the last two years under the Federal time limits, and private actor 1-

10  6 years, State actor 1-2 year time limits of the States...

11   Further Plaintiff requests the Court give opportunity to amend complaint

12  If needed, and any unknown rights, or grace the court has authority to render

13  him.

14  _____

15  ## Section (II)

16  ### State, and Private Actor Issues.

17  _____

18   **(16.)** Plaintiff Terry alleges jurisdiction pursuant to 28 U.S.C. §§ 1331,

19  1343, 5 U.S.C. § 702, 706, rule (65) preliminary Injunctive relief, and other

20  order the authority of this court deems appropriate against alleged pathological

21

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

1    State, and Private Actor criminal conduct; of which is being maintained in 2-3

2    States, affecting several States.

3        **(16.1)** Plaintiff Terry is entitled to remedy under 28 U.S.C. §§ 1331,

4    1343, invoking U.S.C.A. 42 § § 1983, 1985, § 1988, 28 U.S.C. § 1367

5    supplemental for State, and Private Actor (Amend. 1. | 4. | 5. | 8. | 13. | 14.) |

6    Title U.S.C. 18 § 241 | Title 18 U.S.C. § 2340 violations; as addressed in

7    (Demand 7.). Further State of Minnesota, California Constitutional, and Stature

8    penal code Tort violations are at issue.

9        **(17.)** In immediate defense of Terry and his loved ones life, limb, and

10   health of all matters, preliminary injunctive (65) remedy is needed against

11   Religious Entities, Mal-practicing Psychologists, and Chemical Dependency

12   Treatment facility counselors, 11th Step, 12th Step mobs, and individuals. The

13   identity of such is listed in the delineation columns above. All are alleged to be

14   acting under color of law as early as 1973, in distinction from 1983-2016.

15       **(17.1)** These said entities are alleged to be assembled interstate in physical

16   felon invasion of all 4th Amendment privacy, and public traverse: violating

17   Amend. (1. | 4. | 5. | 6. | 8. | 13. | 14.) | Title U.S.C. 18 § 241 | Title 18 U.S.C. §

18   2340 practicing psychosexual occult threats, battery threats, murder and

19   mayhem threats of every conceivable kind, several of said threats are manifest in

20   physical conduct. This conduct is verbal within their group surveillance

21

1  environments, and at a public distance of plaintiff. Said conduct saturates twenty

2  counties of Minnesota, Colorado, Arizona, and Los Angeles County: at a

3  common knowledge level with said content. Accurate investigation and

4  polygraph tests will evidence such. (See requested Exhibit 5; Psycho-tronics,

5  page 3.)

6      **(17.2)** Said allegation of criminal behavior is alleged to be facilitated, via

7  enhanced nano bot laser surveillance, by the above-identified hierarchy of

8  authority. This behavior is alleged to be a national sin; affecting States plaintiff

9  has never been in.

10      **(18.)** Plaintiff alleges private actor local leaders of unceasing pattern and

11  practice criminal activity; are professional classes of psychology, psychologists,

12  professors, counselors, and ministers: with State actors of detectives,

13  investigators, known and unknown Titles. The said are orchestrated, over seen,

14  and consulted to by hierarchy of authority. All are alleged to be in violation of

15  professional ethic requirements, and standards: thereby liable.

16      **(18.1)** Per Example, Plaintiff Terry alleges in the summer of 1984 (+4

17  Counties listed in delineation above, of said, entered into Faribault MN. Rice

18  County), in conspiracy began publicly defaming his name via said mob action:

19  stating he was a paranoid Schizophrenic, using this term to disqualify his

20  plaintiff rights. Plaintiff alleges said method from that date, is pathological.

21

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

1    Finding the people in his work environment etc being a positive witness, they

2    termed Schizophrenia effected Terry doing the deeds of their defamation when

3    he was alone at work, and alone with his family. Their definition of paranoid

4    Schizophrenia justifies themselves from without said environments, inventing

5    defamation against his employment history, and family life: in time frames

6    plaintiff was alone at work, and in times he was with his family. This apparently

7    is their alleged continuous invasion of privacy rational.

8        **(18.2)** In multi state environments, a significant number of the public

9    mob boast in continuous mockery, that they're driving plaintiff Terry nuts.

10       **(18.3)** In controversy: (Protection and Advocacy for Individuals with

11   Mental Illness Act, §§ 101, 105, 42 U.S.C.A. §§ 10801, 10805.). Therefore all

12   professional classes should have known better then to treat a paranoid

13   Schizophrenic with alleged continuous criminal conduct. Verses--Terry alleging

14   he had three normal MMPI's, 1980, 1982, and 1984. Two professionals,

15   (Counselor and Psychologist) of two listed treatment facilities "being" in

16   possession of said MMPI's [Minn. Multiphasic Personality Inventory], are

17   alleged to have premeditated conspiracy with said religious entities; of which

18   are listed above.

19       **(18.4)** Therefore, said professionals are without excuse in alleged Con-

20

21

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

1   spiracy of malice aforethought, motivated by religious, political, and powerless

2   beliefs. That said professionals are without excuse in maintaining said 34 years

3   duration of absolute deprivation; via systematic public abuse torture,

4   methodically violating every conceivable stature of tort: protecting real property,

5   economic rights, limbs, reputation, association, conscience, rights, and

6   privileges, etc. (See Attachment Substantive; Exhibit 1; in entirety.)

7   **(18.5)** This said ritualism is, and was exercised 24-7 of said 34-year

8   duration: as of 1991-2016 said has pursued into Los Angeles and operates from

9   several defendants listed in delineation; this continuum oppresses plaintiff to

10  absolute dangerous, physical deprivation environments, subjecting plaintiff

11  Terry to extreme emotional distress, maintaining plaintiff in a continuous state

12  of trauma.

13  **(19.)** Plaintiff Terry further alleges absolute intimidation; by, of said

14  delineation hierarchy of authority: sheriff departments, police departments; of

15  whom acted knowing themselves to be outside of policy. The said, as members

16  of the listed delineation of churches; conspired with said professional classes, of

17  powerless belief system treatment facilities (AA, NA): actually affecting alleged

18  (Amend. 1. | 4. | 5. | 8. | 13. | 14.) | Title U.S.C. 18 § 241 | Title 18 U.S.C. § 2340

19  persecution by religious higher power claim to be God; in their continuous

20  destruction of all that life is.   (See in concert: incorporating 13-13.7). (See

21

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

1  Exhibit 1; Attachment_Substantive Section 2 Obstruction; the sum of Exhibit 1,

2  in entirety.).

3  **(19.1)** Baseline of alleged conspiracy, in response to Conscientious

4  objection classification, its development to 1984:

5  Federal Level: 1973 Military, FBI Intelligence.

6  State level: 1973 Assemblies of God, other religious entity, two County

7  Sheriff Departments, allegedly stalked plaintiff to Faribault Minn. and

8  premeditated to 1983, of which said snow balled into continuous mob criminal

9  activity through any given date of 2016. (See Attachment Substantive Exhibit 1:

10  Section 2 {MMPI Summation} Page's 18 - 21.)

11  Plaintiff Terry is entitled to preliminary Injunctive (65) relief, in lieu of

12  permanent relief from alleged conduct of State actors, Private Actors, and

13  Individuals. Plaintiff Terry requests cease and desist, restraining orders, against

14  all entities listed in the delineation above: as all listed, are of one evil mind and

15  evil deed, in claim to be God; thereby the same orders are alleged to be needed,

16  and binding upon all.

17  **(Demand 9.)**                    **(A)**

18  Therefore: Plaintiff Terry Requests this attachment **(A)** to every

19  Restraining, Cease and Desist order against the listed private actors, individuals,

20  gathered in mob or group: "**CEASE**" participating in alleged criminal behavior

21

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies. Page - 32.

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

1    Via enhanced surveillance technology methods.

2    **(Demand 10.)**                **(B)**

3    Plaintiff Terry Requests, Cease and Desist Orders: Restraining Mob

4    Assembling against the physical locations of Terry's past 4th amendment homes

5    in Faribault Minnesota, and Brainerd, Minnesota: and said practicing of verbal,

6    occult psycho-sexual defamation of Terry as a Father of his two children;

7    further, Cease and Desist group stalking, practicing immediate said behavior in

8    present time against any of Terry, his children's, and his x-wife's current living

9    environments.

10    Cease and Desist group stalking of women in plaintiff's environment,

11    defaming Terry's name with psychosexual content

12    Cease practicing group psychosexual sorcery, enhanced micro frequency

13    assault against women in plaintiff's environment; cease holographic

14    psychosexual imagery assault via current enhanced technology of laser, Nano

15    Bot technology.

16    Cease said conduct against women in plaintiff Terry's past and future

17    environments.

18    Cease from such conduct of contacting women in plaintiff Terry's

19    environments, defaming Terry claiming they're saving women from Terry.

20

21

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies. Page - 33.

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

1    Cease contacting women claiming that they're working with plaintiff Terry

2    on said issue, or that they're saving Terry, or for any reason whatsoever.

3    Cease orchestrating and pitting original family members of Dale, Bruce,

4    Roy, Dean, Ned, Nina, Dewey, Digiovanni, in name or practice of said conduct

5    against, plaintiffs fourth amendment, and public locations in Los Angeles, CA, |

6    Faribault, MN | Brainerd, MN.

7    Cease obstructing plaintiff Terry's pursuit of attorney representation,

8    and/or intimidating pursued attorneys, by practicing above said conduct

9                                    **(C)**

10    **(Demand 11.)** Plaintiff Terry Requests Orders Restraining Mob

11    Assembling against; and occupation of the physical locations of Terry's past

12    employment locations, of past Faribault State Regional center, and past Brainerd

13    Minnesota Regional Center physical locations: practicing continuous verbal, and

14    occult psycho-sexual defamation of plaintiff Terry's employment history. Cease

15    and desist transporting hostages onto the premise of said past regional centers,

16    cease practicing mayhem or torture upon them: claiming justification to judge

17    them {merely for liking Terry Digiovanni} because of the very "baseless

18    defamation" of plaintiff Terry Digiovanni's employment history. [Infinitely

19    baseless defamation.]

20    **(Demand 12.)**                    **(D)**

21

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

1    Plaintiff Terry Requests specific separate Cease and Desist orders against

2    the above hierarchy of State and local law enforcement: to cease and desist

3    under color of law orchestrating and facilitating Ecumenical 11th, 12th step

4    DARE Mob Assembling against the physical locations of Terry's past 4th

5    amendment homes in Faribault Minnesota, and Brainerd, Minnesota: and

6    practicing of verbal, occult psycho-sexual defamation of plaintiff Terry as a

7    Father of his two children; further, Cease and Desist group stalking others, and

8    practicing immediate said behavior.

9    To cease and desist: under color of law orchestrating and facilitating Mob

10   Assembling against; or occupation of, the physical locations of plaintiff Terry

11   Digiovanni's past employment locations of past Faribault State Regional center,

12   and past Brainerd State Regional Center, practicing verbal, and occult psycho-

13   sexual defamation of Terry's employment history.

14   Cease and desist said and same conduct against plaintiff Terry doing

15   business, places of doing business, traverse in public, place and abode of sleep at

16   night, associations, and violating other such basic rights; in Los Angeles CA.

17   Cease and desist under color of law orchestrating and facilitating the

18   following: Stalking of women in plaintiff's environments; defaming plaintiff

19   Terry's name with psychosexual content.

20

21

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

1    Practicing group psychosexual sorcery, micro frequency assault against

2    women in plaintiff's environment, holographic psychosexual imagery assault via

3    current enhanced technology of laser, and Nano Bot technology. Cease said

4    conduct against women in Terry's past and future environments.

5    Cease from such conduct of contacting women in plaintiff Terry's

6    environments, defaming Terry claiming they're saving women from Terry.

7    Cease contacting women claiming that they're working with plaintiff

8    Terry on said issue, or that they're saving Terry, or for any reason whatsoever.

9    Cease and desist orchestrating and pitting original family members of

10    Dale, Bruce, Roy, Dean, Ned, Nina, Dewey, Digiovanni, and (Mary Neznick: a

11    mentally ill woman originally from staples Minnesota) in practice of said

12    conduct against plaintiffs fourth amendment, and public locations in Los

13    Angeles, CA, Faribault MN, Brainerd, MN; or in any village; or city; or in any

14    County.

15    Cease obstructing plaintiff Terry's pursuit of attorney representation,

16    and/or intimidating pursued attorneys, by practicing above said cond

17    (20.) Plaintiff alleges based on geographic saturation of conduct, the list

18    of defendants is minimal, alleging that any extant of said: are hostile witnesses.

19    Alleges requested injunctive relief will be an example unto other offenders, and

20    others will cease on their own. It is this concept of reaching the many, in cities

21

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

1    of past alleged conduct; to prevent mob defamation behavior being repeated in

2    the future; as plaintiff frequents said cities: that centralized addresses are used to

3    be communicated to their liabilities, such as *(Arch Diocese: of St. Paul and*

4    *Minneapolis, 226 Summ. 4th Ave. Saint Paul Minnesota. 55102 | AA Central*

5    *Offices 4311 Wilshire BLVD #104 Los Angeles 90010, etc.| Assemblies of God*

6    *Headquarters | Salvation Army Regional offices.)*

7    **(Demand 13.)** Therefore plaintiff Terry requests provision of a

8    continuous injunctive relief standing order; in lieu of further criminal conduct by

9    mob mentality: because behavior of alleged perpetrators to use proxies, and

10   because of the excess of those who were not listed in this first endeavor of relief.

———————————————

13   **(Demand 14.)** Plaintiff requests the Court consider the alleged defendants

14   violent obstruction behavior, the issues of the case in volatile environments, the

15   conduct of (4 - 4.1) Citizens Complaint department in this very Court; and order

16   service of summons with complaint be delivered by sheriffs service

17   departments. (See Exhibit (1), Sec. 2, Obstruction | Exhibit (6) The Instruction.)

Plead of 28 U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies.

1

2      Plaintiff in the above entitled action: Los Angeles California being the

3  first duly sworn State, and City, that plaintiff read and subscribed to the forgoing

4  complaint; declares under penalty of perjury that the foregoing is true and

5  correct.

6

7                              Subscribed and sworn to on this date.

8              Date of Oath: _11 - 29 - 2016_

9              Signature: _Terry Digiovanni_

              Plaintiff:      Terry Digiovanni.

10       \

11

12

13

14

15

16

17

18

19

20

21

Name: In Pro se: Terry Digiovanni
Attorney: N/A
Bar Number: N/A
Address: N/A
Telephone: N/A
Fax:  N/A
E-Mail: N/A||
Plaintiff: Terry Digiovanni
Address: P.O. Box 151343
Los Angeles CA      90015
E-Mail: None
In Pro se: Terry Digiovanni

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Terry Digiovanni,
                              Plaintiff
                     Vs.
Multiple Defendants: United States;
Federal, State, Agency actors; FBI.
Private entity actors: Assembly of
God, the rest are delineated.
                     Defendant(s)

Case No.

Title:

**The Measuring Rod_Exhibit (2).**

# Cover Sheet Divider

# The Measuring Rod_Exhibit (2)

In Pro Se: Terry Digiovanni
Address: P.O. Box 151343
Los Angeles, CA 90015


**Terry Digiovanni: (Plaintiff)**
**Vs.**
**Multiple Defendants: United States;**
**Federal, State, Agency actors; FBI.**
**Private entity actors: Assembly of God,**
**the rest are delineated. (Defendant(s)**


TITLE. The Measuring Rod
In Pro Se: Terry Digiovanni


*The Sunny Day-U-ver'se Me Debate !*

Exhibit 2

# Constitution:The Measuring Rod...

**DEFINTION OF; Pure speech:** Words or conduct limited in form to what is necessary to convey the "idea."

**Plaintiff alleges** all of his Political, Religious beliefs, and opinions are of Constitutional Standards.

Plaintiff alleges there is one Constitution, Article IV Guarantees a Republic Form of government. That the Federal Government cannot divide nor alienate the individual citizen from, life liberty and pursuits of happiness; by law, or policy.

Plaintiff alleges that the states are the legislative minds limiting the federal government in articles *IV and V.*

The XIV Amendment accommodates the State with the same Limitation of government, which the states limited the federal government.

Government limitation: cannot divide the Blackstone interpretation of the bill of rights by law, or policy; from the individual. Public interest = government representation of the Blackstone interpretation of the bill of rights, and congruent representation of economy, borders, language: there can be no mixture or blotting on this matter....

Plaintiff alleges The Measuring Rod is the pure unadulterated understanding of one Constitution.

Plaintiff alleges the delineation, and the briefs are the foundational basis of determining pure speech of Political, Religious content (Per example: adjudication of neutral on a religious belief of doctrine, clarifies that belief of doctrine does not violate non believers individual bill of rights, or the function of the separation of governments, at state and federal levels.) Plaintiff alleges the delineated Measuring Rod, and briefs: is the Stare Decsis of Stare Decsis's. It is the delineated measure of every adjudicated issue.

Exhibit 2.

The Measuring Rod                    Page 2 of 12                    2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  | Separation of Federal Powers |
|---|---|
| The rights of the people<br>\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*<br>Guarantees of The Bill of Rights.<br>\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*<br><br>Freedom of speech, press, religion<br>The right to assemble peaceably and to petition the government.<br>The right if accused to counsel, speedy trial, and an impartial jury.<br>The right to not bear witness against oneself.<br><br>The right to keep and bear arms.<br><br>The right to not be deprived of life, liberty, or property without due process of law.<br>\*\*\*\*\*\*\*\*\*\*The government shall not...\*\*\*\*\*\*\*\*\*\*<br>Quarter troops in- private homes with out the owners consent.<br>Make unreasonable searches of peoples houses.<br>Mete out excessive fines, bail, or cruel punishment.<br>Have its courts try an acquitted person twice for the same offense.<br><br>\*\*\*\*\*\*The States or the people shall have \*\*\*\*\*\*<br>All powers not delegated to the federal government or prohibited by the constitution.<br>In addition all subsequent amendment. | **Executive:**<br>*\*May check congress by vetoing legislation\** recommend legislation \* call congress into special session.<br>May check judicial by nominating Judges to the courts.<br><br>**Legislature:**<br>*\*Congress may check president* by refusing to pass legislation or appropriate funds.\* Over ride the presidents veto by two thirds of of both houses. \* the seanate by disproving his appointments and not ratifying treaties. \* Impeachment proceedings can be brought by the house of representatives before the seanate.<br><br>**Judicial:**<br>*\*The Supreme Court May check the President by* declaring unconstitutional acts of the executive branch.<br>*The Supreme Court may check the Congress by* declaring Legislation and laws unconstitutional. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Exhibit 2

3

<<<*************************************************>>>

    ***The Individual right to accumulate property, the right to be secure in ones person, conscience, protect reputation, protect personal papers, and legal documents; are found in the Guarantees of the Bill of rights amongst other places: per example section 8:8 of congressional powers; in privileges and immunities, etc. All laws governing the people in the United Stated are based on this foundation of the rights of the people.

    ***The three separate powers of individual rights, representation government, Judicial the line caller; in the above delineation is the absolute rule of the land, its laws governing the people:" it is The Measuring Rod" to test for accuracy, morality, constitutionality of legislative policy, law, and ordinance.***Per instance, every legislation of law, or local ordinance must past this test: does it violate the individual's said Bill of Rights? If it does, then one has petition rights to challenge its constitutionality in state, inferior federal appellate courts, and if the case has merit one can find their petition in the Supreme Court. ___[Accurate construction would find Article IV to be the vehicle of challenging federal legislation. The legislative minds of this Article IV were the states prohibiting a centralized tyranny. On condition the citizens exercise of Article IV atrophied; and the executive, congress, court, aligned in a centralized or foreign tyranny: Article V would again, gather the states prohibitive to such a despotic condition, and wield accurate amendments of restoration.]___ [Amendment XIV limits the states government subjective to the citizens Bill of Rights. The states limited the federal government to the bill of rights of the citizen, and to the measuring rod function of government in Article IV.]___

    ***History from the beginning, in particular the last 30 years of Executive,

Exhibit 2.

4

Federal legislative powers, and Federal Courts, are in left field concerning Article IV; time for Article V. ***My communication position is that the above three separation of powers, are dysfunctional, that the three powers of the individual, the elective government, the judicial: are in an alphabet soup quandary comprehension, of this measuring rod standard. The individual speculates constitutionality to be somewhere determined in the powers, and separation of government; or in the courts. This results in the courts acting as an implementing whore of socialist state legislation, mandate, and ordinance, rather then measuring said: if it be in violation of the individual's property, person, limbs, association, papers, legal documents; freedom of immunities, and privileges. (The Courts are to hear In the case of government, if they: the said be in violation of the above delineation of Governmental power's)

***In veracity of this order: the individual, the elective government subject thereof, the courts to measure if the above immutable of separation be violated. One only need to recollect all thirteen colonies refused to ratify the constitution of elective government, and judicial as shown in the above delineation, unless there be an instituted bill of rights. This clarifies the government's function limited to serving the people, and that subject to the rights, and immunities of the citizen. The United States had become the perfection of individual liberty, in relation to government. "Since the. foundations of the earth," this preferred order had never been fulfilled.

***The Bill of rights are designed to protect individuals from persecution by group en masse, hysterical mob violence: usually Religious groups, Governments, Ethnic culture, Tribal culture, Cults, and now Humanists etc. We recall mob hysteria demanded the death of Jesus, the stoning of Stephen, attempts on the life of ST Paul. We recall the inquisitions, the witch hunts, immediately preceding our Nation: established from Plymouth Rock unto the Individual Bill of Rights. We recall the thirteen colonies refused to ratify the Constitution of the United States, unless a guaranteed Corporal Bill of Right protection be established...The colonies recognized the Constitution of elective government, it's balance of powers, limitations, responsibilities, to be the par excellence of governing; but they did not want the corporal Bill of Rights to be a midnight subterfuge: rather debated, resulting in a

Exhibit 2

5

concise, encompassing, Corporal protection of the individual.

***When reading the above header reference: Blackstone in America, Foundational readings, the Federalist papers, you will see dialogue addressing; Rights, Immunities, Privileges in juxtaposition to Articles, Amendments, etc. This delineation: The Measuring Rod is given to measure said dialogues, i.e. lets not get lost in the forest for the trees; for the trees are absolutes too the forest: Rights, Privileges, immunities. [All like Father, Son, and Holy Spirit, are inseparable, and seem to be cast about in confusion: each has their respect of position; or office of authority if you will.]

***Rights pertain to the individual: The Individual's right to accumulate property, the right to be secure in one's person, conscience, protect reputation, freedom of association, personal papers, legal documents, etc.

***Privileges: pertain more to public access issues such as interstate travel [Section 8: Congressional powers to establish post offices and post roads.] This is where federal jurisdiction has a legitimate over seeing powers in keeping the states connected; and the guarantees of travel known as privileges with immunities.

***Like roads, the post offices: shows federal overseeing powers in keeping the several states connected by communication; immunities guarantee neither federal of state jurisdiction can remove our individual freedom of speech, our bill of rights, privileges, etc. when traveling interstate. Under this rule Uncle Sam is not playing big brother. I can see in privileges and immunities, federally empowered guarantee's: in public access domain of business serving the public, public institutions, such as library, schools, government buildings, etc; without being big brother. Immunities guarantee enjoyment of both individual rights, and public access rights. *** The absolute "reality" that Individual "Rights" are absolute is found in every state emulating the Rights of the people in their constitution: The Individuals right to accumulate property, the right to be secure in ones person, conscience, protect reputation, freedom of association, personal papers, legal documents, etc.***Its mathematically impossible for fifty states covering 1776 ratification; to the annexing of Hawaii: the varied cultures, peoples, events, the freedom to do other, for the states to join the United States, and not

Exhibit 2
6

understand, that the Rights of the people known as the amendments are absolute. The peoples elective, local, state, and federal government are subject thereof.

***This shows the order of plaintiff remedy for local ordinance, state law, would first go through the state system, its supreme court, and then to federal inferior or supreme court jurisdiction. One can seek remedy against federal legislation, immediately in federal inferior courts, and to the supreme court; if a case has qualification merit. I believe federal legislation can be challenged in state supreme courts.

*** The Fourteenth Amendment takes opportunity to address this issue while addressing the "inclusion" of non citizens brought into the states under guise of contract owned labor forces: the slaves. No state shall make or enforce any law which shall abridge the rights, privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

***In reading the header reference dialogue its also good to remember the map we came from. The king and the pope had jurisdiction to enter ones private property, carry off personal, and legal papers as well as the individual: sometime his family members. The very said and same personal writing, could be held as evidence in doctrinal, or sedition charges. The trials were generally pre-staged mock trials' without representation, unusual punishment of being burned to death, enslavement, or mutilation ensued. It is not difficult to see how the above delineation rights of the people protect the citizen from one another, the government, religion, and from foreign dispute or invasion. Presently these Rights are needed to defend us from llth step mobs, 10th step behavioral psychology/ behavioral science higher power mobs, their malpractice, from humanism, known as political correctness, from Islamic fascism: their sharia law, and from illegal invasion confiscation of our substance. Not only representation against anarchy!

***The declaration of independence instructs, when government is enroot to evince absolute despotism, it is not only the right; but the responsibility of citizen to

Exhibit 2.

**restore its foundation to the above delineation, separation and function.**

To create perspective the constitution is delineated as (Exhibit (2) The Measuring Rod.). The Constitution is Sovereign. Within the Structure of this Constitution, Political action is carried out.

This action is carried out by two or more parties competing for the Constituent Citizen's vote. The two or more parties swear oath of office to represent the amendment-holding citizen. [His/Her Black Stone Bill of Rights: Person, place, and things]. Their preamble of prosperity, posterity, and protection of the Constitutional soils of the USA.

People, institution, education etc. obfuscate, and confuse, politics with sovereignty. The delineated Constitution (Exhibit (2) The Measuring Rod.); is Sovereign and Unchangeable, except by Amendment. Political action is more transient: Changeable, herein enumerated in responsibility, and limitation. Legislation can be changed through Congressional debate, vote, proceeding to Executive signature or veto.

There is no authority of executive to wield fiat of law qualifying as enumerated legislative law; as in binding upon the citizen. Such action is a dictatorship, and there is found no place for a dictator in this delineated Constitution.

Executive fiat is subject to the executive's administration, and that within limitations of congressional designation when establishing an administration of representation of enumerated responsibilities. Per Example FEMA: Established by congress to deal with government's responsibilities in disaster. Obama executed orders", EO #10997, EO #10999, EO #11000.... Many believe these orders are (real tyrannical) orders under guise of FEMA. Thus a contest on this matter understands the congress established this bureaucracy to administer what they believe to be government responsibility for disaster.

A citizen believing said orders to be diabolical must go to delineation of Article III for relief. Perhaps Amendment 13… Amendments protecting property…as Jurisdictional qualification. Plaintiff believes Citizens Bill of Rights checking Legislature, and Executive fiat violation is in Article IV as communicated in prologue of Exhibited documentaries.

<<<*******************>>>

*** *You have now received the measuring rod as your credentials for citizen*

Exhibit 2

8

*action. Take your measuring rod and apply it to the current legislation of cap and trade, health care reform, the endeavor to further deform immigration in the name of reform. Apply it to the bailouts of Banks and the Automobile industries, and all matters that will affect your future.*

<<< \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* >>>

*\*\*\* We live in the day when the government media complex, its government, is calling light darkness and darkness light, up down, and down up.*

*\*\*\*The above delineation of the Individual, the elective government, the Judicial to measure if there be a violation in any plaintiff action; is being called inadequate to deal with today's population, its technology, its problems; claiming rather their gut ten minutes in foresight to be elitism, and ideology. Its clear: regardless of population, current technology, problems; we still need our rights to be secure in our persons, places, and things. We still need the verb action of the sun rising in the east, its circuit disappearing in the west; we still need the rain, wind, equinoctial seasons etc. The communication that does away with the above separation of powers is senseless, serving themselves at the expense of the future of all worthwhile constructive civilizations. It's wrong to call such ideologues, such are demagoguery with a diminishing return to ground zero: a thousand years of darkness. The future of life demands idealism built on the sensibilities of the above three separate powers; or life starts its dissolution of* soul through drunken gluttony, the present culture of eat, drink, and be merry around sports, entertainment: pursuing to an informed pig generation, destroying its own troth, future generations, and that for a world fulfilling despotic government.

<<< \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* >>>

\*\*\*I use this measuring rod to determine the correctness of legislation: local, state, or federal action. I will articulate my opinions and findings on issues that are presently affecting the Nation, or shall affect the future of the Nation.

(1)

Roe vs. Wade is ever present in public communication. This case is

Exhibit 2.
9

communicated on from the several opinion groups, in the hocus pocus
mode of alphabet soup understanding. Applying the measuring rod of
three separate powers to the case, leaves us with the clarity of
understood parameters.

**The State of Texas:** as all legitimate government is responsible to
protect life of the citizen; in comprehending the embryo to be life after
the interpreted Bill of Rights, had laws prohibiting abortion.
Understand every State represents the articulated Bill of Rights of the
citizens by its stated law, in their responsibility of government to protect
life.

**A pregnant woman** feels this violates her right to abort a child: she
petitions through the State Judiciary; appeals to the Supreme Court as
the last redress position on any matter. **The State of Texas** presented it
was self evident life begins at conception, that a
women cannot choose to murder a life for her own convenience.

**The plaintiff** presented that life begins after the child can breathe on its
own. arguing on principles that a women has a right to be secure in her
own person, that the women has a right to determine the matter in her
own interests.

**The Court** conceded the State of Texas had not proven adequately that
life begins at conception: **the women thereby** with her articulated Bill
of Rights, her right to be secure in her own person, could be the only
one to determine the matter.

**The Court, State of Texas**, **[government in this case]** and **the
Plaintiff:** all functioned, recognizing their respective positions
according to the **Measuring Rod** of three separate powers: **Individual,
Elective Government, the Court.**

It remains, the opportunity to prove when life begins, can over turn the
present standing of the case, and rule for the embryo. Reference: **[The
Laws of Life]**

(2)


Exhibit 2.
10

**The right to keep and bear arms,** is listed under **the rights of the people**. The establishment of a **military** is listed under **Article 1 section eight,** **of congressional powers.**\*\*\* Clearly these are **two separate powers and authorities.** The authority to establish a military has no relativity to the individuals amendment right to bear arms. The federal government has no power to limit the individuals ownership of a firearm. [Comma: To separate words, phrases, and clauses that are part of a series of two or more items, or attributes. *Do not use a comma to separate two items considered to be a single unit with in a series.*] It is important in this day of alphabet soup rational on Gun issues to notice that the militia and the the right of the people to keep and bear arms are separated by a comma. This clarifies that they are two separate units of subject and identification

\*\*\*The state governments responsibility to protect life, entails the maximum regulation would be a MMPI profile evaluation, gun training, and a test of the measuring rod principles: so a gun owning citizen would have accurate spatial conception, of what self defense is.

## "JOHN QUINCY ADAMS".

\*\*\*Wherever the standard of freedom and Independence has been or shall be unfurled, there will be her heart, her benedictions. And her prayers.

\*\*\*But she goes not abroad in search of monsters to destroy. She is the well wisher to freedom and independence of all. She is the champion and vindicator of her own

\*\*\*she well knows that listing under banners other then her own, were they even banners of independence, she would involve herself beyond the power of extrication, in all wars of interest, and intrigue, of individual, avarice, envy and ambition, which assume the colors and usurp the standards of freedom.

\*\*\*The fundamental maxims of her policy

*Exhibit 2*

would insensibly change, from liberty to force*** she might become the dictress of the world. (The History of the present WTO, NAFTA. one world agenda is a history of her being the whore of the whole world) She would not be (and is not presently) the ruler of her own spirit.

### *The*
### *Patriotic*
### *Debate*

(3)
**Presidential violation by the executive branch.....**

Exhibit 2.

12

8/29/2016

I affirm that the foregoing, **The Measuring Rod_Exhibit (2)**

content was prepared by Plaintiff: Terry Digovanni: for Plead of 28

U.S.C. § 1331, invoking 5 U.S.C. §§ 702 and 706 Injunctive Remedies,

and is true and correct.

Executed on ___10 - 29 - 2016___

City, State: Los Angeles. California

Signature:

___Terry Digiovanni___

Plaintiff: Terry Digovanni:

In Pro se: Terry Digiovanni
Attorney: N/A
Bar Number: N/A
Address: N/A
Telephone: N/A
Fax: N/A
E-Mail: N/A||
Plaintiff: Terry Digiovanni
Address: P.O. Box 151343
Los Angeles CA     90015
E-Mail: None
In Pro se: Terry Digiovanni

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Terry Digiovanni,

                               Plaintiff

        Vs.

Multiple Defendants: United States;
Federal, State, Agency actors; FBI.
Private entity actors: Assembly of
God, the rest are delineated.

                          Defendant(s)

Case No.

Title:

**Cover Sheet Divider**

**Religious_Exhibit (3).**

# Cover Sheet Divider

**Exhibit 3, Three Sections of treatises:**

**1.) The Laws of Life.**
**2.) The Beast Profile.**
**3.) The Choice.**

# Religious_Exhibit (3).

**(1 ) <u>The Laws of Life.</u>    Religious_Exhibit**

**Cover Sheet <u>*Sub*</u> Divider**

**(1)<u>The Laws of Life</u>    Religious_Exhibit**

The Laws of Life.

1   <u>In Pro Se: Terry Digiovanni</u>
2   <u>Address: P.O. Box 151343</u>
3   <u>Los Angeles, CA      90015</u>
4
5   **Terry Digiovanni: Plaintiff**
6                    **Vs.**
7   **Multiple Defendants: United States;**
8   **Federal, State, Agency actors; FBI.**
9   **Private entity actors: Assembly of God,**
10  **the rest are delineated.        Defendant(s**
11
12  <u>In Pro Se: Terry Digiovanni</u>
13
14
15           **UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA**

## The Sunny Day-U-ver'se Me Debate !

16
17
18              **RELIGION; LAWS OF LIFE.**
19
20           **DEFINTION OF;**
21
22           **\*\*\*\* <u>Pure speech:</u>** words or conduct limited in form to what is
23
24   necessary to convey the idea.
25
26           **\*\*\*\*** Plaintiff alleges all of his Political, Religious beliefs, and
27
28   opinions are of Constitutional Standards.
29
30           **\*\*\*\*** Plaintiff alleges there is one Constitution, Article IV
31
32   Guarantees a Republic Form of government. That the Federal
33
34   Government cannot divide nor alienate the individual citizen from,
35
36   life liberty and pursuits of happiness; by law, or policy.
37
38           **\*\*\*\*** Plaintiff alleges that the states are the legislative minds
39

*Exhibit (3)*

1    limiting the federal government in article IV and V.

3        **** The XIV Amendment accommodates the State with the

5    same Limitation of government, which the states limited the federal

7    government.

9        **** Government limitation: cannot divide the Blackstone

10   interpretation of the bill of rights by law, or policy; from the

11   individual. Public interest = government representation of the

12   Blackstone interpretation of the bill of rights, and congruent

13   representation of economy, borders, language: there can be no mixture

14   or blotting on this matter. . .

16       **** Plaintiff alleges The Measuring Rod is the pure

18   unadulterated understanding of one Constitution. Plaintiff alleges the

20   delineation, and the briefs are the foundational basis of

22   determining pure speech of Political, Religious content. (Per example:

24   adjudication of neutral on a religious belief of doctrine, clarifies that

26   belief of doctrine does not violate non believer's individual bill of

28   rights, or the function of the separation of governments, at state and

30   federal levels.)

The Laws of Life.

1          **** Plaintiff alleges The Measuring Rod, the delineation, and

2    briefs: is the Stare Decsis of Stare Decsis's. It is the delineated

3    measure of every adjudicated issue.

4

5

6          **THE CASE OF THE HUMAN EMBRYO VERSES THE**

7                             **MOTHER.**

8

9

10        **\*\*\*WHEN IN THE COARSE OF HUMAN EVENTS; IT**

11    **BECOMES NECESSARY FOR ONE PEOPLE TO DISSOLVE**

12    **(ITSELF), THE POLITICAL BANDS WHICH HAVE**

13    **CONNECTED ITSELF WITH ANOTHER AND TO ASSUME**

14    **THE POWERS OF THE EARTH, THE SEPARATE AND**

15    **EQUAL STATION TO WHICH NATURES LAWS OF WHICH**

16    **NATURES GOD ENTITLES THEM, A DESCENT RESPECT**

17    **TO THE OPINIONS OF MANKIND REQUIRE THAT THEY**

18    **SHOULD DECLARE THE CAUSE'S THAT SEPARATE**

19    **THEM.**

20    **WE HOLDTHESE TRUTHS SELF-EVIDENT: THAT**

21    **ALL MEN ARE CREATED EQUAL, BY THEIR CREATOR**

22    **WITH CERTAIN UNALIENABLE RIGHTS, THAT AMONG**

23    **THESE ARE THE PURSUIT OF HAPPINESS.**

Exhibit (8)
Page-3

1  ***THE ABOVE DECLARATION IS THE FULCRUM

2  OF THE  CONSTITUTION OF THE USA AS WELL AS ITS

3  CHARTERED BILL OF RIGHTS.

4  ***THE LAW MUST EMPOWER THE ABOVE

5  DECLARATION, FURTHER ARTICULATED IN THE BILL

6  OF RIGHTS IN ORDER TO BE RIGHT LAW.

7  ***THE ABORTION ISSUE WOULD BETTER BE

8  STATED, AS THE MOTHER VERSES THE EMBRYO OR

9  VICE VERSA.

10  ***OBVIOUSLY THE MOTHER HAS THE RIGHTS TO

11  THE DECLARATION, ITS ARTICULATED BILL OF RIGHTS

12  ETC...THE RIGHT OF THE MOTHER: WOMAN, TO

13  CONTROL HER OWN BODY IS SELF EVIDENT;

14  RECIPROCALLY THE WOMAN IS RESPONSIBLE TO LIVE

15  IN DUE RESPECT TO OTHER CITIZENS OF THE SAID

16  DECLARATION ETC. AND IN LIEU OF PROVING," TO THE

17  (EMBRYO) FETUS AS WELL".

18
19  ***"SAID CASE", IN FULCRUM OF NATURES LAWS

20  OF NATURES GOD, SELF EVIDENTLY REVEALS THAT

21  VOLITIONAL ACTS OF SEX RESULTS IN PREGNANCY.

Exhibit (3)

The Laws of Life.

1   NATURES DESIGN OF THE WOMAN MAKES HER

2   ACCOUNTABLE TO THE LIFE SHE CREATES WITHIN

3   HERSELF. IT IS LIKEWISE TRUE THAT RAPE VICTIMS

4   RIGHTS TO CONTROL ONES OWN BODY HAS BEEN

5   VIOLATED: BY THE DECLARATION SHE DOES NOT HAVE

6   ACCOUNTABILITY TO SUCH AN IMPOSED CONDITION.

7   THE RIGHT TO ABORT A FORCED PREGNANCY IS

8   CLEARLY SEEN AS AN ACT OF SELF DEFENSE, OF BEING

9   ACCOUNTABLE TO ONES OWN ACTS AND NOT

10  ANOTHERS.

11  THE LAWS OF LIFE

12  ................................................................................

13  THE WEBSTERS UNABRIDGED DICTIONARY HAS

14  FIFTEEN DEFINITIONS OF THE LAWS OF LIFE.

15  DEFINITIONS (1)-(5)-(10)-(13)-(14).

16  ***DEFINITION (1). THAT QUALITY OF LIFE

17  POSSIBLE TO TAKE IN FOOD GET ENERGY FROM IT,

18  GROW AND ADAPT THEMSELVES TO THEIR

19  SURROUNDINGS AND REPRODUCE THEIR OWN KIND. IT

20  IS THIS QUALITY THAT DISTINGUISHES A LIVING PLANT

Exhibit (3)

The Laws of Life.

1     OR ANIMAL FROM INORGANIC MATTER OR A DEAD

2     ORGANISM.

3     ***<u>DEFINITION (5).</u> AN INDIVIDUALS ANIMATE

4     EXISTENCE, AN ACCOUNT OF THIS BEING A

5     BIOGRAPHY.

6     ***<u>DEFINITION (10).</u> THE EXISTENCE OF THE SOUL,

7     AS ETERNAL LIFE....

8     ***<u>DEFINITION    (13).</u> VIGOR, LIVELINESS,

9     VIVACITY......

10     ***<u>DEFINITION (14).</u> THE PERIOD OF FLOURISHING,

11     USEFULNESS ETC. PERIOD DURING WHICH ANYTHING

12     LASTS.

13     ***FROM THE ABOVE UNABRIDGED DICTIONARY

14     WE CAN SELF EVIDENTLY CONCLUDE THAT THE

15     EMBRYO FITS EVERY DEFINITION OF LIFE PERTINENT

16     TO THE MATTER.

17     *** <u>(1)-(9)-(10)-(13)-(14).</u> ALL DECLARE THAT THE

18     EMBRYO IS A LIVING ORGANISM: IT IS FURTHER SELF

19     EVIDENT THAT NATURES

Exhibit (3)
Page-6

1  GOD CREATED THE SUPPORT SYSTEM WITHIN THE

2  MOTHER.

3  ***THE    UNABRIDGED    DICTIONARY    HAS    15

4  DEFINITIONS OF LAW,

5  MOST DEFINE STRUCTURES AND <u>DEFINITION OF</u>

6  <u>IMPLEMENTATION. (9)-(10)-(14),</u> ARE LISTED HERE.

7  ***<u>DEFINITION (9).</u> KNOWLEDGE OF THE LAW

8  (SENSE) IS HIS LAW SOUND.

9  ***<u>DEFINITION (10).</u> A SEQUENCE OF EVENTS IN

10  NATURE OR IN HUMAN ACTIVITIES THAT HAS BEEN

11  OBSERVED TO OCCUR WITH UNVARYING UNIFORMITY,

12  UNDER THE SAME CONDITIONS; LAW OF NATURE,

13  FORMULATION IN WORDS OF SUCH A SEQUENCE, AS,

14  THE LAW OF GRAVITATION, THE LAW OF DIMINISHING

15  RETURNS.

16  ***<u>DEFINITION (14)</u> IN MATHEMATICS, A GENERAL

17  PRINCIPLE OF WHICH ALL APPLICABLE CASE'S MUST

18  CONFORM; SUCH AS THE LAW OF EXPOTENTIALS....

Exhibit(3)
Page-7

1    ***<u>**FROM DEFINITION (10)**</u> **WE SEE IT CONCURS**

2    **WITH THE FIRST TWO PARAGRAPHS OF THE**

3    **DECLARATION OF INDEPENDENCE.**

4    ∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷

5

6    ***REAL SIGHT IS WHERE THE OPTIC NERVE**

7    **PERCEIVES THE IMAGE REFLECTED BY THE LIGHT.**

8    **COLLOQUIALLY THE PHILOSOPHY OF LAW IS THAT**

9    **WHICH CAN BE KNOWN BY THE FIVE SENSES, SIGHT,**

10   **SOUND, TOUCH ETC., COGNIZANTLY CORRELATED TO**

11   **SEQUENTIAL LOGIC ON A GIVEN MATTER...**

12   ***THE IDEA THAT SOME NEW BREAK THROUGH**

13   **IN BIOLOGICAL SCIENCE'S WILL LET MAN KNOW**

14   **WHEN LIFE BEGINS, IS NOT NECESSARILY THE TRUTH.**

15   **FOR IF THE ABOVE EXISTING PREMISE OF LAW**

16   **ALREADY PROVES WHEN LIFE BEGINS, THEN WE MUST**

17   **COMMENCE TO CARRY IT OUT.**

18   ***SELF EVIDENT DOES IN FACT MEAN**

19   **COLLOQUIAL OF INFORMAL KNOWLEDGE; ALTHOUGH**

20   **COLLOQUIALS CAN BE QUICKLY TECHNILIZED.**

Exhibit(3)

The Laws of Life.

1       ***AS I BELIEVE LIFE BEGINS AT CONCEPTION, I

2    SHOULD BE ABLE TO PROVE BY SELF-EVIDENT

3    KNOWLEDGE THAT IT DOES; BY USING COLLOQUIAL

4    OF FIVE SENSE'S OF SIGHT, SOUND, TOUCH, ETC. IN

5    ANALOGY OR LITERAL COMPREHENSION: AS ALL

6    GREAT TEACHERS HAVE.

7       ***HISTORY USES THE BIRTH DATE OF JESUS TO

8    MEASURE CHRONOLOGICAL TIME. IT IS PRESENTLY

9    2014 BASED ON A DATE OF STRAIGHT LINE

10   CHRONOLOGY. THE VERY NAME OF JESUS RAISES THE

11   PREJUDICES OF THE COURT TO ITS FINITE EVIL. YET

12   CLEARLY THE COURTS USE HIS NAME AS REFERENCE

13   EVERY TIME A CASE IS ACKNOWLEDGED BEFORE THE

14   COURTS.

15      ***ESSENTIALLY THEN AS THE FATHER OF TIME

16   USES NATURAL PARABLES TO SPEAK ANALOGIES OF

17   SPIRITUAL TRUTHS; MY CASE PERTAINING TO THE

18   EMBRYO VERSES THE MOTHER SHALL LIKE WISE DO

19   SO.

Exhibit (3)
Page-9

1.  ***WE KNOW PROCREATION IS BASED ON AN EGG

2.  WHICH REACHES PEAK FERTILITY AT CERTAIN STAGES

3.  OF ITS CYCLE: OF WHICH THE EGG CAN BE MORE

4.  EASILY FERTILIZED; WE LIKEWISE KNOW BIRTH

5.  CONTROL PILLS DISRUPT THIS CYCLE.

6.  ***THUS; TO USE NATURAL ANALOGIES, AS ALL

7.  LIFE MOVES IN RHYTHM, FROM THE EQUINOCTIAL

8.  SEASONS, TO THE MOONS ORBIT OF THE EARTH, TO

9.  THE EARTHS ORBIT OF THE SUN, ETC. I TAKE A SEED OF

10. CORN: AS JESUS FOUND THE SHOOT AND LEAF TO BE A

11. FIT METAPHOR TO BRING OUT A SELF EVIDENT

12. REALITY.

13. ***AS THE FROZEN STATIC STATE OF WINTERS

14. EARTH, IS BREATHED UPON BY THE MARCH WINDS, ITS

15. CARESS MELTS ITS SNOW WRAPPED GARMENTS. AS IT

16. DISAPPEARS, THE THUNDER AND LIGHTING BREAKS UP

17. ITS FROZEN TUNDRA, THE SPRING RAINS SOAKS IN,

18. PREPARING THE EARTH FOR HER PURPOSES…THE

19. HUSBUNDMAN PREPARES THE SOIL INTO A SEEDBED,

Exhibit(3)
Page-10

1      SUBSEQUENTLY PLANTS THE SEED FOUR TO FIVE

2      INCHES IN THE SOIL.

3         ***THUS, AS GOD SENDS HIS SPRING RAIN ON

4      MOTHERS EARTH, AS IT WERE: THE ANALOGY BEING

5      THE EARTH AS THE WOMB, THE SEED OF CORN AS THE

6      EGG, THE SPRING RAIN AS THE SPERM; AS THE RAIN

7      SOAKS INTO THE SEED IT BREAKS OPEN THE

8      ENDOSPERM, FORMING A SPROUT. THE GERMINATION

9      CYCLE OF THE SEED OF CORN IS SEVEN TO FOURTEEN

10      DAYS, IF AT ANY TIME WE TAKE A FORCEPS AND

11      REMOVE THE SPROUT PREVIOUS TO BREAKING

12      THROUGH THE SOIL: THE STALK, AND THE EAR OF

13      CORN SHALL NOT TAKE FORM. MAN SHALL NOT HAVE

14      CORN FOR HIS BREAD, BEEF, POULTRY, MILK, ETC. ETC.

15      AND IF CARRIED OUT EXPONENTIALLY MAN TOO,

16      SHALL SURELY DIE.

17         ***IN REALITY WE LIKEWISE SEE THE FALLACY

18      OF FOLKLORE, CONCERNING WEATHER SYSTEMS;

19      WHEN TERMED AS MOTHER NATURE. WHEN IN FACT

20      THE WEATHER SYSTEM FULFILL THE MASCULINE

Exhibit(3)

1    FUNCTION OF THE EARTHS FOLIAGE OF WHICH ALL OF

2    LIFE IS DEPENDENT UPON.

3        ***NONETHELESS; AS A METAPHOR WE SEE THAT

4    THE REPRODUCTION OF MANKIND IS NOT EXACTLY

5    THE SAME AS THE CORN PLANT, YET PRINCIPALLY

6    POINTING OUT WHEN LIFE BEGINS.

7        ***CLEARLY THE UNABRIDGED DICTIONARY

8    STATES LIFE IS THE QUALITY OF A LIVING ORGANISM

9    ABLE TO TAKE FOOD IN AND GROW IN ITS

10   ENVIRONMENT, CLEARLY THE MINUTE THE

11   ENDOSPERM BREAKS THROUGH THE HARDENED,

12   SHELL THE SPROUT IS ABLE TO TAKE IN FOOD AND

13   GROW, NOT ONLY WHEN IT BREAKS THROUGH THE

14   SURFACE OF THE EARTH.

15       ***THE CYCLE OF THE WOMAN'S OVARIES

16   PRODUCING AN EGG EVERY THIRTY DAYS AWAITING

17   FERTILIZATION BY THE MALE SPERM, MUCH AS THE

18   SEED OF CORN LYING IN THE DRY SOIL AWAITS THE

19   SPRING RAIN TO BREAK FORTH THE ENDOSPERM INTO

20   A LIVING SPROUT. AS THE SPERM FERTILIZES THE EGG

Exhibit (3)

1  THE EMBRYO IS FORMED, THEN THE FETUS ETC., WE

2  KNOW THAT PRENATAL GROWTH IS NINE AND ONE

3  HALF MONTHS LONG, IF AT ANY TIME WE TAKE A

4  FORCEP (ETC.) TO INFRINGE AND PULL THE EMBRYO

5  OUT OF ITS ENVIRONMENT, IT SHALL DIE. OBVIOUSLY

6  THE LIFE OF THE INDIVIDUAL, LIKE THE CORN PLANT

7  WILL NOT TAKE PLACE: DEPRIVING THE INDIVIDUAL

8  OF EXISTENCE, ENJOYMENT OF LIFE, PRODUCTIVITY

9  ETC.

10  ***THUS, THE ABORTED CHILD IS DEPRIVED OF

11  ANIMATE  EXISTENCE,  AND  PERHAPS  ETERNAL

12  EXISTENCE.

13  ***WE LIKEWISE KNOW THAT AT THE TIME THE

14  SPERM   CONTACTS   THE   EGG;   THE   ENTIRE

15  CHROMOSOME'S, GENES, AND EVERYTHING A PERSON

16  WILL BE, ALREADY CONSIST IN THE EMBRYO: THE

17  COLOR OF EYES, BONE STRUCTURE, CHEEKBONES,

18  NOSE CHIN UNIQUENESS OF PERSONALITY, ETC, ETC. IF

19  THE (EMBRYO) FETUS IS LEFT ALONE, IT FULFILLS ITS

20  ANIMATE EXISTENCE UNTIL IT PROGRESSES TO A NEW

Exhibit(3)

1   ENVIRONMENT. IT TAKES A VIOLENT ACT AGAINST

2   NATURE IN ORDER TO PREVENT THE EMBRYO FROM

3   FULFILLING ITS DESTINY.

4      ***ONE OF THE BASIC ARGUMENTS BEING THAT

5   SINCE THE EMBRYO CANNOT BREATHE OUTSIDE THE

6   WOMB; IT IS NOT A LIVING HUMAN BEING. A CORN

7   SPROUT PULLED OUT OF THE SOIL DOESN'T LIVE

8   EITHER, A FULL GROWN MAN THROWN INTO OUTER

9   SPACE, OR INTO THE OCEAN WITH CEMENT SHOES

10   DOESN'T LIVE EITHER. ANY LIVING BEING TAKEN

11   FROM ITS "PROVISION OF NATURAL LAW DIES."

12      ***DOES THE (EMBRYO, FETUS) HAVE A RIGHT TO

13   ITS ENVIRONMENT (WOMB), WHICH BY NO ACCORD OF

14   ITS OWN ARRIVED THERE; BUT BY NATURAL LAW OF

15   SEX? \

16      CLEARLY BY UNIFORMITY OF NATURAL LAW OF

17   SEX, AND PROVISIONAL ENVIRONMENT OF THE WOMB,

18   THE EMBRYO ONCE THERE: HAS A RIGHT TO ITS

19   PROVISIONAL LAWS OF LIFE.

Exhibit 3

1    ***THUS, BY NATURAL LAWS OF LIFE, THE

2    EMBRYO HAS A RIGHT TO ITS ENVIRONMENT. AS

3    CITIZENS BY LAW HAVE TO LIVE IN DUE RESPECT TO

4    MY CIVIL RIGHTS OR SUFFER THE CONSEQUENCE; SO

5    TOO, THE PREGNANT MOTHER BY LAW OF LIFE AND

6    NATURE IS RESPONSIBLE TO THE LIFE SHE CREATED

7    WITHIN HERSELF.

8    ***AS ONE PLAYBOY OF PRO CHOICE INDICATED:

9    GOD CREATED ADAM FROM THE DUST OF THE EARTH,

10    THENCE GOD BREATHED INTO ADAM, THE BREATH OF

11    LIFE; AND ADAM BECAME A LIVING SOUL...THIS

12    INDIVIDUAL CONCLUDED THAT LIFE BEGINS AT THE

13    SURFACE LEVEL, WHEN ONE CAN BREATHE AIR.

14
15    ***OBVIOUSLY THE WEBSTER UNABRIDGED

16    DICTIONARY STATES THAT THE QUALITY OF A LIVING

17    ORGANISM ONLY NEED TO FEED, AND GROW, IN ITS

18    ENVIRONMENT TO QUALIFY AS LIVING.

19    ****IN THIS CASE THE EMBRYO IS HUMAN NOT AN

20    INSECT TO BE SQUASHED; INSECTS DO NOT HAVE

Exhibit(8)
Page-15

1    EQUAL STATION IN LIFE, THOUGH THEY DO QUALIFY

2    AS LIVING ORGANISMS.

3

4    ***NEVERTHELESS, THE EMBRYO QUALIFYING AS

5

6    A LIVING ORGANISM IS OF HUMAN KIND, AND

7

8    DOES HAVE A RIGHT TO BE PROTECTED IN ITS

9    ENVIRONMENT BY LAW, IN ITS EQUAL STATION TO

10    LIFE.

11    ***RETURNING TO THE ARGUMENT OF THE

12    PLAYBOY, THAT ADAM BECAME A LIVING SOUL WHEN

13    HE WAS ABLE TO BREATHE; ADAM WAS CREATED AS A

14    FULL GROWN MAN, AS SUCH HE WAS NOT A PRODUCT

15    OF PROCREATION.

16    ***ALL MAMMALS NEED OXYGEN TO BREATHE,

17    WHETHER A FULL GROWN MAN, OR AN EMBRYO. THE

18    REASON FOR BREATHING IS TO GET OXYGEN INTO THE

19    BLOOD STREAM. IT WOULD BE MORE CORRECT TO

20    STATE THAT ANY ORGANISM NEEDING, AND RECEIVING

21    OXYGEN FROM ITS ENVIRONMENT, QUALIFIES AS LIFE.

22

Exhibit (8)
Page-16

The Laws of Life.

1   ***THE EMBRYO IS A LIVING BEING, RECEIVING

2   OXYGEN FROM ITS ENVIRONMENT; JUST AS AN ADULT

3   RECEIVES    OXYGEN    FROM    ITS    ENVIRONMENT,

4   COMPOSED OF A BALANCE OF SEVERAL LAYERS OF

5   ATMOSPHERE.

6   ***THE LIFE OF ADAM BEGAN AS A LIVING SOUL

7   WHEN GOD BREATHED BREATH INTO ADAM; AND

8   ADAM CONTINUED TO BREATHE. EVE IS CREATED

9   FROM ADAMS RIB AND APPARENTLY RECEIVES

10  BREATH IN LIKE MANNER. THE EMBRYO BECOMES A

11  LIVING BEING WHEN IT CAN TAKE OXYGEN FROM THE

12  ENVIRONMENT OF THE WOMB... LIFE IS PASSED ON IN

13  PROCREATION AND THE GOD OF NATURE CERTAINLY

14  CREATED THE, MOTHER TO PROVIDE OXYGEN AS WELL

15  AS LIFE SUSTAINING FACTORS.

16  ***AS SURELY AS A SEED LYING IN DRY GROUND

17  BEARS NO FRUIT, LIKEWISE A WOMB WITHOUT A

18  SPERM TO FERTILIZE THE EGG IS BARREN OF FRUIT.

19  GOD FIRST GAVE MAN LIFE AND AIR TO BREATHE AS

Exhibit (3)

1    WELL AS THE WOMAN: LIFE, AIR, WATER, HERB'S,

2    PLANTS, AND THEREBY MEATS FOR FOOD.

3           IN SUMMARY, THE MOTHER IS METAPHORICALLY

4    IN GODS WOMB REGARDING THE ECO SYSTEM, AS

5    WELL AS THE MULTILAYERED ATMOSPHERE. THE

6    WOMAN'S LIFE IS CONTINGENT ON THE ECOSYSTEM

7    AND ITS MULTILAYERED ATMOSPHERE AND WEATHER

8    CONDITIONS, MUCH AS THE (EMBRYO) FETUS IS

9    CONTINGENT ON THE WOMB. IF WE REMOVE THE

10   WOMAN FROM HER LIFE SUPPORT SYSTEM SHE TO

11   SHALL DIE. CONCLUDING THAT NATURE DESIGNED THE

12   PHYSIOLOGY OF THE WOMAN TO PROVIDE LIQUID

13   FOOD, OXYGEN, AND SUPPORT SYSTEMS TO THE FETUS

14   ETC.

15          ***THE EVOLUTIONISTS MIND MAY NOT LIKE THE

16   BIBLICAL    LANGUAGE,    NEVERTHELESS;    ALL

17   PRINCIPLES OF LIFE REMAIN THE SAME, EVEN IF HE

18   CHOOSES TO BELIEVE THAT LIFE EVOLVED OUT OF

19   LOWER SPECIES.

Exhibit (3)

1   ***OTHER COLLOQUIES'S OF SELF EVIDENCE; ASK

2   ANY MOTHER WHO'S BROUGHT FORTH SEVERAL

3   CHILDREN, AND ASK IF THESE LIVING BEINGS HAD

4   DISTINCT PERSONALITIES BEFORE BIRTH? IN ALL

5   LIKELIHOOD SENSITIVE MOTHERS WILL PROVIDE AN

6   EQUIVALENT PERSONALITY PROFILE OF WHAT THEIR

7   EMBRYO'S WERE LIKE BEFORE BIRTH. INDICATING

8   MOTHERS RECOGNIZE INDIVIDUAL DISTINCTION OF

9   LIFE BEFORE BIRTH, NOT ONLY AFTER BIRTH.

10  EMBRYO'S EVEN LOOK LIKE MINIATURE CHILDREN,

11  CERTAINLY FULFILLING BY THE SENSE OF SIGHT

12  WHAT THE EMBRYO SELF EVIDENTLY IS, OR IS NOT;

13  FURTHER AUGMENTING THE SENSE OF SIGHT, SONIC

14  ULTRA SOUND, HEAT SENSORY COLOR IMAGING:

15  SHOWS THE EMBRYO (FETUS) TO BE IN ITS OWN

16  EQUIVALENT SOLAR SYSTEM.

17  AFTER THE EMBRYO LEAVES ITS OWN SOLAR

18  SYSTEM, IT ENTERS A NEW EXISTENCE OF A MUCH

19  LARGER UNIVERSE. WE KNOW NO NEW INFANT CAN

20  LIVE ON ITS OWN IN ITS NEW ENVIRONMENT; OF

Exhibit (3)

The Laws of Life.

1   WHICH ENVIRONMENT FROM ITS FIRST ATOM

2   MULTIPLEXES, TO MOLECULES, TO ORGANISMS, AND

3   TO THE VERY UNIVERSE ITSELF.

4   THUS: THE PARENTS FUSS AND WORRY, LAUGH

5   AND PLAY WITH THEIR NEW BORN BABE, GIVING THEM

6   THE BEST OF THEIR LOVE AND MATERIAL WEALTH,

7   TEACHING THEM WHAT IS RIGHT. AS THE CHILD

8   FULLFILLS LIFE IT TO SHALL KNOW THE JOYS OF

9   PARENTHOOD.

10   ***WE KNOW MAN CREATES ECONOMY, HOUSING,

11   AND RECREATION ON THIS EARTH. MANY TRY TO

12   HARMONIZE THESE SYSTEMS WITH THE ECO SYSTEM.

13   NONETHELESS AS WE ZOOM IN ON THE AVERAGE

14   AMERICAN WOMAN, MANY DON'T EVEN UNDERSTAND

15   THE COMPLEXITIES OF THE ABOVE SYSTEMS. AS WE

16   SEE HER CURLED UP IN HER BED FROM A DISTANCE,

17   SHE RESEMBLES AN EMBRYO IN THE WOMB. MUCH AS

18   THE EMBRYO HAS FAITH THAT IT'S LIFE SUPPORT

19   SYSTEM SHALL CONTINUE, THE WOMAN TOO HAS

20   FAITH THAT THE LIGHT SWITCH WILL BE THERE IN

Exhibit (3)

1    THE MORNING, THE GAS PUMPS, THE ECONOMY ETC.

2    ETC. ETC. IF WE JERK THIS WOMAN OUT OF HER

3    ENVIRONMENT AND THROW HER INTO THE MIDDLE OF

4    THE OCEAN, SHE TO SHALL DIE.

5         ***FURTHER WE WHO ARE CHRISTIANS KNOW

6    THAT    MARY    THE    MOTHER    OF    JESUS    WAS

7    IMPREGNATED BY THE HOLY SPIRIT...LIKE WISE WE

8    WHO KNOW JESUS KNOW THAT IF HE HAD BEEN

9    ABORTED THERE WOULD BE NO HOPE FOR MAN ON

10   THIS EARTH TODAY.

11        IN EXPOSITION....GOSPEL (CHAPT. 1, VERSE (39-44)

12
13   (39). IN THOSE DAYS MARY SET OUT IN HASTE AND
14
15   WENT TO A JUDEA TOWN IN THE HILL COUNTRY.
16
17   (40). WHERE SHE ENTERED THE HOUSE OF
18
19   ZACHARIAH AND GREETED ELIZABETH .
20
21   (41). WHEN ELIZABETH HEARD MARY'S
22
23   GREETING, THE CHILD LEAPED IN HER WOMB.
24
25   AND ELIZABETH WAS FILLED WITH THE HOLY
26
27   SPIRIT.
28
29   (42). AND PROCLAIMED WITH A LOUD VOICE,

Exhibit(2)

BLESSED IS THE FRUIT OF THY WOMB (JESUS).

(43). AND WHY THIS HAS HAPPENED TO ME? THAT

THE MOTHER OF MY LORD COMES TO SEE ME.

(44). FOR AS SOON AS I HEARD THE SOUND OF THY

GREETING, THE CHILD IN MY WOMB LEAPED.


   \*\*\*THE ABOVE VERSE'S OF (42)-44) CLEARLY

RECOGNIZE ELISABETH'S EMBRYO AS A CHILD,

ABLE    TO    EXPERIENCE    JOY    AND    ACTION    OF

LEAPING INDEPENDENTLY OF THE MOTHER.

   \*\*\*THE BIBLE IS RECOGNIZED AS A HOLY WRIT IN

EVERY GENERATION BY THE MASSES OF PEOPLE. ITS

AUTHORSHIP IS TWO THOUSAND YEARS OLD. THEREBY,
VERSE'S (41-44) WHICH RECOGNIZE THE EMBRYO AS A

CHILD CAPABLE OF EMOTION AND PHYSICAL ACTION

INDEPENDENT OF THE MOTHER, WAS NOT WRITTEN IN

RESPONSE TO THE RELATIVELY RECENT ABORTION

ISSUE: BUT AS A WRIT OF GOD, AND FOR SOME AS

LITERATURE.

Exhibit (9)

1  ***IN SUMMARY WE SEE THAT THE UNABRIDGED

2  DICTIONARY: THE TERMS OF LAW AND LIFE

3  VINDICATE THAT QUALITY OF LIFE CALLED LIVING,

4  BEGINS AT CONCEPTION. NATURAL ABORTIONS ARE

5  BEYOND THE VOLITIONAL WILL OF THE MAN AND

6  WOMEN, OTHER THEN HEALTHY PEOPLE HAVE LESS

7  NATURAL ABORTIONS. THE CASE OF THE EMBRYO'S

8  RIGHT TO LIFE SHOULD NOT HAVE TO BE VINDICATED

9  FURTHER. IF IT DOES SURELY THERE IS PLENTY OF

10  EVIDENCE TO DO SO.

11  ***IN RESTATEMENT SURLY IT IS SELF EVIDENT

12  BEYOND A SHADOW OF A DOUBT THAT LIFE OF THE

13  CORN STALK BEGINS WHEN THE RAIN CONTACTS THE

14  SEED IN THE SOIL, BREAKING FORTH THE ENDOSPERM

15  INTO A SPROUT.

16  ***THE UNABRIDGED DICTIONARY (WEBSTER)

17  AGREES BEYOND A SHADOW OF A DOUBT THAT THE

18  CORN QUALIFIES AS A LIVING ORGANISM WHEN THE

19  RAIN UNITES WITH THE ENDOSPERM BREAKING FORTH

Exhibit (3)

1   INTO A SPROUT, ABLE TO FEED AND GROW IN ITS OWN

2   ENVIRONMENT (SOIL)

3   ***LIKEWISE IT IS SELF EVIDENT TO THE

4   STANDARD OF BEYOND A SHADOW OF A DOUBT THAT

5   THE LIFE OF HUMANKIND BEGINS WHEN THE SPERM

6   CONTACTS THE EGG AT CONCEPTION. WHEREIN ALL

7   CHROMOSOME, AND GENETIC MAKEUP IS CONTAINED

8   WITHIN THE (EMBRYO) FETUS; LIVING AND FEEDING

9   OFF ITS OWN IMMEDIATE ENVIRONMENT.

10  ***THE FACT THAT BY SENSE OF SIGHT THE

11  EMBRYO RESEMBLES A MINIATURE INFANT. THE

12  AFOREMENTIONED TESTIMONY OF GOSPEL, AND

13  MULTIPLE OTHER SELF EVIDENT REALITIES CONFIRM

14  THAT A LIFE IS BEING TAKEN.

15  ***THE ONLY TESTIMONY PRO CHOICE BRINGS IS

16  THAT A WOMN HAS A RIGHT TO HER OWN BODY. AND

17  THAT LIFE BEGINS WHEN ONE CAN BREATHE ON THEIR

18  OWN. HARDLY A BEYOND A SHADOW OF DOUBT

19  EVIDENCE THAT IS NEEDED BEFORE NATURE'S LAWS

20  OF NATURE'S GOD.

Exhibit (3)

The Laws of Life.

1      ***WHILE THE ABOVE PRO LIFE, CORRELATED TO

2      NATURE'S LAWS OF NATURE 'S GOD, IS A BEYOND A

3      SHADOW OF A DOUBTCOGNIZANT BODY OF EVIDENCE

4      NEEDED, TO PROVE A LIFE IS BEING TAKEN.

5
6      ***THE FALL OF THE UNITED STATES FROM A
7
8      FEDERALIST FUNCTION TOOK PLACE OVER THE LAST

9      FORTY-FIVE YEARS OR SO. HEREIN WE SEE THE

10     COURTS RULING ON THE ABORTION ISSUE AS A

11     POLITICAL ISSUE; OR THE PRESENT PRO CHOICE

12     WOULD BE OVER TURNED.

13     ***IT SHOULD LIKE WISE BE NOTED THAT THE

14     COURT RULES FOR THE STATE (FREUD-&-JUNG,

15     PSYCHIATRY, BEHAVIORAL SCIENCE, PSYCHOLOGY

16     SYSTEMS, AA HIGHER POWER SYSTEMS) OR/AND

17     CHURCH (CATHOLICS, FUNDAMENTALIST'S, ETC.)

18     KNOWN AS THE BEAST AND BABYLON WHORE: AS THE

19     CO-PARENT WITH THE MOTHERS IN AMERICA.

20     ***FURTHER THE COURTS ABORTION STAND AND

21     SYSTEMS LEAVES THE WOMAN LOSING HER

*Exhibit CsJ*

The Laws of Life.

1    ABILITY, "DESIRE" TO LIVE IN DUE RESPECT TO THE

2    FATHER'S RIGHT'S.

3    THE  ABOVE  SYSTEMS  MURDER  PERFECTLY

4    HEALTHY FATHERHOOD; SOMETIMES PERSECUTING

5    FATHERS D CHILDREN DURING THE ENTIRETY OF THE

6    CHILDREN'S CHILDHOOD, ADOLECENSE, AND LIFE.

7    ***AS THESE SYSTEMS OF THIRTY FIVE YEARS CO-

8    PARENT  WITH  THE  WOMAN,  THE  CHILDREN  ARE

9    ACTING OUT IN MORE SEVERITY AT AN EARLIER AGE,

10   AGAINST SUCH PERVERTED SOCIETIES.

11   ***THUS; THE  GUARANTEE  THAT  WOMEN  CAN

12   KILL  FETUS'S  FOR  FRIVOLOUS  REASONS:  CARRIES

13   OVER INTO THE ABOVE BEAST, AND BABYLON WHORE

14   SYSTEMS  OPPORTUNITY  TO  ENSLAVE  AND  MURDER

15   FATHERHOOD  AT  THE  TIME  OF  DIVORCE,  AND

16   SUBSEQUENT  TIME  OF  THE  CHILDREN'S  CHILDHOOD

17   AND ADOLESCENC; BECAUSE HIS EQUAL STATION IS IN

18   THE  WAY  OF  CO-PARENTING  THE  CHILDREN  IN  THE

19   USA.`

Exhibit (3)

1    ***INCIDENTALLY THE FATHER STRIPPED OF HIS

2    PROPERTY, REAL EMPLOYMENT PURSUITS, PARENTAL

3    RIGHTS AND AUTHORITIES, ARE EXPECTED TO PAY

4    CHILD SUPPORT, THE HIGHEST TAX BRACKETS: FOR

5    THE COURTS AND ITS ABOVE BEAST AND BABYLON

6    WHORE SYSTEMS, WHICH HAVE THE AUDACITY TO

7    EXPECT TO BE PAID 10% RECIPROCITY OF THE FOOLS

8    WAGES.

9    ***THE ABORTION ISSUE SHOULD BE LINKED TO

10    THE    DEMAND    THAT    THE    SOCIALIST    STATE

11    GOVERNMENT OF THE BEAST AND BABYLON WHORE

12    BE    SEPARATED    FROM    (PERVERTING)    JUDICIAL

13    FUNCTION.

14    ***THE LAST FIFTY YEARS OF LAW LEGISLATED

15    BY THE SOCIALIST STATE CONGRESS, MAKES THE

16    JUDICIAL SYSTEM THE IMPLEMENTING WHORE OF THE

17    ABOVE    LISTED    GOVERNMENTS:    INSTEAD    OF    THE

18    REMEDY,    OR    POWER    REPRESENTING    INDIVIDUAL

19    DECLARED BILL OF RIGHTS.

Exhibit(3)
Page-27

1       ***WE DO NOT NEED DEFINED SEPARATION OF

2       CHURCH AND STATE; BUT RATHER INDIVIDUAL BILL OF

3       RIGHT POWER, AND FUNCTION, IN THE COURTS:

4       VERSES THE COURTS DOUBLE IMPLEMENTATION OF

5       ESTABLISHED ECCLESIASTICAL, ORGANIZED BEAST

6       HEADED BEHAVOIRAL PSYCHOLOGY, BEHAVOIRAL

7       SCEINTISTS, PSYCHIATRY, DARE KNOWN AS

8       HUMANISM. ETC....

9
10       (QUOTE ) NEW KINGS JAMES VERSION OF THE
11
12       BIBLE ": ACTS, CHAPTER 7, VERSES 48-53."
13
14       (VER.48) HOWEVER GOD DOES NOT DOES NOT
15
16       DWELL IN TEMPLES MADE BY THE HAND OF MAN;
17
18 AS THE PROPHET SAYS.
19
20       (VER.49) HEAVEN IS MY THRONE AND THE EARTH
21
22       IS MY FOOT STOOL WHAT HOUSE SHALL YOU
23
24 BUILD FOR ME? SAYS THE LORD.
25
26
27
28       (VER. 50) HAS MY HAND NOT MADE ALL THESE
29
30       THINGS?
31
32       (VER.51) YOU STIFF NECKED AND UNCIRCUMCISED

Exhibit(3)

The Laws of Life.

IN HEART AND EARS ! YOU ALWAYS RESIST THE

HOLY SPIRIT: AS YOUR FATHERS DID, SO DO YOU.

(VER.52) WHICH OF THE PROPHETS DID THEY NOT

PERSECUTE? AND THEY KILLED THOSE WHO

FORETOLD OF THE COMING OF THE JUST ONE, OF

WHOM YOU HAVE NOW BECOME THE BETRAYER

AND MURDERS OF.

(VER.53) WHO HAVE RECEIVED THE LAW (PRESENT

COVENANT OF THE BILL OF RIGHTS) BY

DIRECTION OF ANGELS AND HAVE NOT KEPT IT.

AS THIS IS ONE NATION UNDER GOD, WE CLEARLY

SEE GOD RECOGNIZES THE INDIVIDUAL AS THE POWER

OF RIGHTS ON THE EARTH (BILL OF RIGHTS ETC.)

***CLEARLY WE HAVE A CONSTITUTIONAL RIGHT

TO FOLLOW THE GOD OF INDIVIDUAL POWER; AND

NOT THE IMPOSED DETRIMENT OF THE gOD OF THIS

EARTH (AS AFOREMENTIONED) THE BEAST AND

BABYLON WHORE SOCIALIST STATE AS IMPLEMENTED

BY THE COURTS.

Exhibit (3)
Page-29

1    ***AS (REV CHAP.12, VER .12-14) BUT THE WOMAN

2    WAS GIVEN THE WINGS OF A GREAT EAGLE THAT SHE

3    MIGHT FLY INTO THE WILDERNESS, THAT SHE MIGHT

4    BE NOURISHED FOR TIME, TIMES, AND (HALF A TIME.)

5    ***FOR EDIFICATION OF THE IGNORANT, THIS

6    TOOK PLACE TWO HUNDRED + YEARS AGO WHEN

7    RATIFICATION OF THE CONSTITUTION OF THE U.S.A.

8    AND BILL OF RIGHTS TOOK PLACE: WHICH

9    GUARANTEE'S AMONGST OTHER THINGS, THE RIGHT

10   TO ACCUMULATE PROPERTY, FREEDOM OF SPEECH,

11   RIGHT TO PROTECT LIMBS. OBVIOUSLY HEALTH AND

12   WELL BEING, FREEDOM OF ASSOCIATION RIGHT TO

13   PROTECT REPUTATION, LEGAL AND PERSONAL PAPERS

14   ETC....

15   ***LETS IT BE KNOWN THAT EPISTLE WORD

16   CLEARLY STATES, THAT NO WORD OF PROPHCEY EVER

17   CAME BY THE WILL OF MAN; BUT BY THE WILL OF

18   GOD.

19

Exhibit (3)

1    ***PROVING    THE    CONSTITUTION    WAS

2    PROPHECIED BY A MAN TWO THOUSAND YEARS AGO:

3    BY JOHN OF PATMOS, HELD AS A PRISONER OF WAR

4    FOR FOLLOWING THE LORD JESUS. (REV.12:12-14)

5
6    ***THE ABOVE STATED POWER STRUCTURES ARE
7
8    NOT THE AUTHORS OR KEEPERS OF THE
9
10    PROPHECY OF SAID CONSTITUTION; NOR THE
11
12    COURTS, NOR THE MASSES OF PEOPLE THAT SUPPORT
13
14    AND PROSPER FROM SUCH SYSTEMS.
15
16    ***THE REAL POWER OF SEPARATION OF CHURCH
17
18    AND STATE, IS THE RIGHT OF THE INDIVIDUAL TO NOT
19
20    BE    INFRINGED    ON    BY    SOCIALIST    STATE;    ABOVE
21
22    STATED TREASONABLE SYSTEMS, AND PEOPLE.

9-16-2016

*Terry Digiovanni*

EXHIBIT (3)
Page-31

**(2 ) <u>The Beast Profile</u>        . Religious_Exhibit**

**Cover Sheet <u>*Sub*</u> Divider**

**(2 ) <u>The Beast Profile</u>        Religious_Exhibit**

The Beast Profile.

1  <u>In Pro Se: Terry Digiovanni</u>
2  <u>Address: P.O. Box 151343</u>
3  <u>Los Angeles, CA 90015</u>
4
5  **Terry Digiovanni: Plaintiff**
6        **Vs.**
7  **Multiple Defendants: United States;**
8   **Federal, State, Agency actors; FBI.**
9  **Private entity actors: Assembly of God,**
10  **the rest are delineated.**     **(Defendant(s)**
11
12  TITLE. The Beast Profile.
13  <u>In Pro Se: Terry Digiovanni</u>
14
15
16
17
18  <u>**UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA**</u>
19
20          **Religion: The Beast Profile.**
21
22    **<u>DEFINTION OF:</u>**
23
24      <u>**Pure speech:**</u> **words or conduct limited in form to what is necessary**

25  **to convey the idea.**

26        **Plaintiff alleges all of his Political, Religious beliefs, and opinions**

27  **are of Constitutional Standards.**

28        **Plaintiff alleges there is one Constitution, Article IV Guarantees a**

29  **Republic Form of government. That the Federal Government cannot**

30  **divide nor alienate the individual citizen from, life liberty and pursuits of**

31  **happiness; by law, or policy. Plaintiff alleges that the states are the**

32  **legislative minds limiting the federal government in article IV and V.**

Exhibit (3)
Page I

The Beast Profile.

1      **Government limitation: cannot divide the Blackstone**

2      **interpretation of the bill of rights by law, or policy; from the individual.**

3      **Public interest = government representation of the Blackstone**

4      **interpretation of the bill of rights, and congruent representation of**

5      **economy, borders, language: there can be no mixture or blotting on this**

6      **matter. . . .**

7      **Plaintiff alleges The Measuring Rod is the pure unadulterated**

8      **understanding of one Constitution. Plaintiff alleges the delineation, and**

9      **the briefs are the foundational basis of determining pure speech of**

10     **Political, Religious content.**

11     **(Per example: adjudication of neutral on a religious belief of**

12     **doctrine, clarifies that belief of doctrine does not violate non believers**

13     **individual bill of rights, or the function of the separation of governments,**

14     **at state and federal levels.)**

15     **In absolute understanding neither government; nor religion, can**

16     **supercede the individual's bill rights.**

17     **Plaintiff alleges The Measuring Rod in delineation, and briefs: is**

18     **the Stare Decsis of Stare Decsis's. It is the delineated measure of every**

19     **adjudicated issue.**

The Beast Profile.

Exhibit (3)
Page 2

The Beast Profile.

## *The Sunny Day-U-ver'se Me Debate !*

1

2

3                               **Prologue.**



4      **This is a probable rendition of the beast.**

5      **There may be better artists; but I believe they must capture these principles.**

6      **This portrait of the beast captures the sublingual evolutionary elements:**

7                  **conceptualized as Darwin's beginning.**

8      **(Not withstanding one may recollect the popularity of the planet of the apes,**

9                              **ape man, etc.)**

10     **This portrait's Gestalt: is charismatic to intelligent, jet set energy; capturing**

11                 **the advance Jump in evolutionary possibilities.**

12     **This portrait carries the depth of history rising out of hidden libraries, camel**

13            **treks in the moonlight, as well as the extraterrestrial connection.**

14     **This portrait also accomplishes the bestiality of the Ishmaelite, or hagerenes**

15     **in the historical allegory of the two covenants: "Sarah the free woman" and**

The Beast Profile.

Exhibit (3)
Page 3

The Beast Profile.

1    Isaac the son of promise; "Hager the bondservant" and her son, Ishmael, of

2    whose prodigy would live in the dessert like a wild ass, pursuing the plunder

3    of civilization; his hand set against every man, every man's hand set against

4                                    him.

5            This prophecy is presently on the move throughout the earth.

6    The struggle of these two prodigies has an added element and gives power to

7                            the Ishmael principle.

8                        This new phenomenon is science.

9            The scientist's lends credibility to pyramids, hieroglyphics as former

10   exterrestial visitations. Scientist gives credibility to psychic experimentation,

11   strong undercurrents in the search for the mythical libraries, believed to be in

12                            the great pyramid.

13   NASA's plethora of new satellite cameras, admit investigation is linked to the

14                        search for man's beginning.

15   The Antichrist systems led by the scientist will try to convex the rapture; in

16   the twinkling of an eye that, which is corrupted," incorruptible, the partial

17                    knowledge of Christ, full knowledge etc.

18   My postulates says the convex will be a centrifugal craft, it will land on the

19   great pyramid, exit! Man (6): the depicted beast, and false prophet.

20            They will perform the false wonders and miracles.

Exhibit (3)

The Beast Profile.                                                    Page 4

The Beast Profile.

1
2          ***************************************************
3        ★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★
4                              ★★★★★
5
6    **Page 1.**                                    Chapter    [1]
7
8        The number of the beast is (666): let the man who has wisdom know

9    the number of the Beast is the number of man.

10        From the plethora of ecclesiastical, to rock 'n roll, one cannot find a

11    clear statement or teaching, of what the term "Beast": symbolizes.

12        It is presently used as off the cuff extemporaneous expression:

13    confusion is the result.

14        Recollect that the book of Revelation; speaks, all of whom names are

15    not written in the Book of Life, shall wonder after, serve, and worship the

16    Beast.

17        In another place the beast is referred to: as who was, who is not, but

18    who will be.  [Rev.13:8]

19        The Epistle: {1st: John 2:18} written in the first century A.D. states

20    the Antichrists are already here. It is important to notice that the term

21    Antichrist is plural.

22        Bible reference itself edifies this subject, as we know the number (7)

23    symbolizes God's perfection. This is seen in the (7) Golden lamp stands,

The Beast Profile.

1    with (7) candles representing the churches; (7) spirits of God's ministering

2    power, and administrations. [Rev. 1:19] **Three sets of seven judgment's**

3    **representing God's perfect wrath.** [Rev. 5:6]

4         **God on the (6th) day of creation: considered it to be a masterpiece,**

5    **and entered into his rest on the (7th) day. This is not a complete**

6    **enumeration of the number seven used in the Bible; but it is enough to show**

7    **the number seven denotes it as Gods works.** [Rev.6] [Rev 8:6-13] [Rev. 9:1-

8    21] [Rev.11:15] [Rev. 16] [Genesis 1:21] [Genesis 1:31]

9         **Man was created on the (6) day and was invited to enter God's rest.**

10   **I.e. perfection! Adam and Eve were given the invitation to eat of the tree of**

11   **life: of which was the living spirit of God. This choice would have fulfilled**

12   **Adam and Eve as a living son and daughter of God: (7) perfect.   Adam and**

13   **Eve as volitional creatures rather chose to eat of the tree of knowledge of**

14   **good and evil, which is that spirit of Satan.** [Rev. 2:9] [Heb. 4:2-11] [Heb.

15   **15-19]**

16        **Adam and Eve were thereby suspended in a state of (6th) day**

17   **creation: prone to the spirit of the devil of whom exalted himself to be equal**

18   **with God; before the foundations of the earth.** [Genesis 3:1-7]

19        **Chapter [2]**

Exhibit (3)

The Beast Profile.

1    Thus let the man who has wisdom know the number of the beast is

2    the number of man: created on day (6), his spirit is (6), his systems are (6),

3    equaling 666. [Rev. 13:18]

4    History shows, that God imputed a mathematical algorithm of death

5    on the environment, and established the mortality of man. [Genesis 3:16-19]

6    Restoration and relief from this judgment is iterated in Romans: for

7    all of nature groans and travails; awaiting the revealing of the sons of God,

8    for nature was subject to corruption not of its own will; but by the will of

9    God. [Romans 8:19-23]

10    This revealing takes place at the sound of a trumpet: in the twinkling

11    of an eye that which is corruptible, shall put on incorruptibility; the partial

12    knowledge of Christ shall put on full knowledge of Christ, etc. (This is

13    called the Rapture.)

14    The depicted beast system shall counterfeit the Rapture, deluding the

15    whole earth in its promise to build the Golden age: as the man (6)

16    independent of Christ. [1 Corinthians 15:51-58]

17    Revelation 12:14 prophecies a time, times, and [one half time.] It is

18    important to know [one half time.] was accomplished in 1776 when

19    ratification of the Constitution of the USA: which was contingent on

Exhibit (3)

The Beast Profile.

1   establishing an individual corporal Bill of right protection. **Reference the**

2   **Measuring Rod**    [Rev. 12:14]

3        This freedom of conscience guaranteed by corporal protection: allows

4   man to follow Jesus unmolested by the man (6) beast and Babylon whore

5   systems.

6        The constraint is to reiterate this simple truth: the only acceptable

7   rule until Christ returns is the black stone interpretation of the Bill of

8   Rights, and that: functional in the court, in real time. **Reference the**

9   **Measuring Rod**

10       This is the only physical rule accepted by Christ, until his return. His

11   three sets of seven revelation judgments are revealed as his followers are

12   persecuted. **Reference the Measuring Rod**

13       The    term    Beast    can    conjure    up    endless    speculations,

14   misunderstanding, and imaginations. [Rev. 12]

15       The Bible Uses the Symbol of a Dragon in Describing Herod the

16   Great: of whom, was king of a Jewish state; autonomous to Rome.

17       This depiction is found in Chapter 12 of the book of Revelation. This

18   chapter depicts a woman with a Crown of stars on her head, her face like

19   the Sun and the moon at her feet: giving birth. A great dragon was poised

Exhibit (3)

The Beast Profile.

The Beast Profile.

1    to devour the child; this was averted when an Angel of Lord instructed

2    Joseph and Mary, to flee into Egypt with the child. [Mathew 2:13-14]

3        Rachel's children were the lament of Herod the Great's attempt to

4    murder Jesus. [Mathew 2:16-18]

5        If one wishes they can research Herod's structure of government and

6    the like. The principle is, Herod the Great a man (6) by inspiration of

7    Satan, sets out to devour the Christ: (7) Perfection.

8        Rome and Herod the autonomous King was actually progressive:

9    progressive   concerning   democracy,   individual   rights;   architecture,

10   technology, was state of the art in that day.

11       Thus, Herod a man (6) inspired by Satan to kill Jesus, was building a

12   government and technological system that was the pride of man.

13       Herod (6) his edifice of government and technology systems (6) was

14   good enough.

15       His sin: was in exalting imperfection (6), to be above God.

16       The Beast, which was, which is not, but will be... [Rev. 17:7] [Exodus

17   1:8-14]

18       The "which" was, was the Pharaoh in the day of Moses. The Pharaoh

19   had absolute despotic rule over the covenant people of God: "Israel".

The Beast Profile.

Exhibit (3)

The Beast Profile.

1        The Pharaoh and his Sorcerer were a fore shadow of the Beast and

2    False Prophet. In acrolect of History repeating itself; the circumspect is

3    360°, with the whole world becoming the stage.

4        The budding of the leaf prescience, is when you see the black stone

5    interpretation of the Bill of Rights removed by systems of powerlessness, by

6    ecclesiastical Babylon the whore, and despotic governments: on that day,

7    you know the circumspect is closing in on you. [Rev. 16:12] [Exodus 7:10-13]

8    [Rev. 13]

9        The last couple of pages gives substance to the rather shocking

10    description of what will be at the end of time. Applying the physical

11    kingdom of Herod the Great to the description of a Dragon, leaves us with a

12    cognitive grasp of what is being discussed.

13        The actual beast and false prophet system will be 10 kingdoms. These

14    said 10 kingdoms shall have 10 representators: symbolized as King's. In

15    reality, these Kings will be Presidents. These said depicted, 10 kingdoms are

16    built over time and then receive the beast and false Prophet as: "King of the

17    whole world"!    [Rev. 17]    *(I have addressed the dissolution of our*

18    *constitution, and the dissolution of our bill of right function in the courts. The*

19    *dissolution of our representation government as seen in all major issues over*

20    *the last 15 years: of Clinton and Obama acting like a king, and the latter like a*

The Beast Profile.

EXHIBIT (3)
Page 10

The Beast Profile.

1  *dictatorship trampling on the separation of powers. This is the design of the*

2  *man of sin, which is to make all democracies a mob rule: rather then a*

3  *republic with the rudder of government in the waters of individual bill of right*

4  *representation. The symbolic kings will be president's of nations; with out a*

5  *rudder in representation government acting as kings; mob rule, and cult*

6  *personalities the selling point etc.).*

7  Further the 10 kingdom rulers uphold, and are intertwined with the

8  Queen on many waters: [Babylon whore] for the majority of the remaining

9  time frames. [Rev.17:12]

10  The Pharaoh principle of which was, but will be, is for a symbolic

11  hour, these kingdoms shall have absolute rule over God's new Covenant

12  people, as well as all inhabitants of the earth.

**Ten Kingdoms: the last rule of Goverment on Earth.**



13

The Beast Profile.

1    *This delineation gives concept of what a 10 kingdom system would; and*

2    *likely will look like. This hypothetical based on the current world as we see it,*

3    *shall retain basic foundations along civilizational lines.*

4    *As many scholars promote that one man arrives and builds his*

5    *kingdom, it is important to know such is erroneous and not supported by the*

6    *word; as the epistle of John's 90 AD timeframe accords plurality of antichrists*

7    *building from that time to the present.*

8    *Time, times, half time of nourishment, is fulfilled in what's called*

9    *Western civilization, the halftime of nourishment, namely our own United*

10    *States of America, is the perfected corporal protection of the individual,*

11    *leaving the individual free to fulfill Christ as King of Kings of his own soul:*

12    *free from governments and the addressed entities in this synthesis. This*

13    *halftime nourishment is fulfilled between the eighth King and the 10 kingdom*

14    *system; this is articulated in the book of Revelations.*

15    This 10 kingdom system globalism of economy and government, is

16    called the man of sin revealing himself. The testimony of Jesus, through his

17    apostle states this is taking place, because apostasy first took place in the

18    churches.

The Beast Profile.

1    **Pertinent knowledge to the building of these 10 kingdoms, previous to**

2    **Absolute rule of world king; begins in the epistle {1John 2:18} written in**

3    **the first century A.D.** [Rev. 13:8-10]

4    **Even now the Antichrists are among us spewing their delusion.**

5    **We further understand {Revelation 12:14—17} the prophecy: of a**

6    **place of nourishment in the wilderness; also tells us that the Dragon went to**

7    **make war and designs against the woman, and the manchild.** [Rev. 16-17]

8    **Clarity understands, this can only be done by making the Blackstone**

9    **Bill of Rights dysfunctional in the courts: relative to real-time. I believe it is**

10   **quite apparent the vestiges of these rights stem from Western civilization.**

11   **The dissolution of England, America, and others will result in worldwide**

12   **tyranny.**

13   **Chapter [3]    Antichrist: literally means opposite, opposing Christ.**

14   **In the present past three decades we have the palpable interface of**

15   **twelve steps. In 1989 George Bush Sr. essentially mandated the twelve steps**

16   **as the religion of the republic, with the republic giving full consensus.**

17   **We Introduce this subject in initial understanding, to illuminate the**

18   **contemporary systems that form up the divide of the Beast and Babylon**

19   **whore against Christ: i.e. opposing Christ, "Antichrist."**

The Beast Profile.

1        a) This system states you must give yourself up to a power from

2    without yourself; but greater then yourself.

3            b) The Chinese communist party states you exist to serve a

4    power from without yourself; but greater then yourself self: namely the

5    state.

6            c) Islamic theocracy demands Jew and Christian subjectivity,

7    with all other religion in subjectivity as well: this subjectivity is based on

8    pre Christ barbarism of unusual punishment, with the king and imam or

9    mullah ruling in absolution of their own whim, fancy, prejudice. (i.e. no

10    jury trial by peers: based on your bill of rights or any appeals.)

11        • Jesus said look within yourself: therein are living springs of water.

12        • Saint James the Epistle writer speaks to ask of these living waters

13    and upbraidth not, and God will give you the wisdom you need for Gods

14    will, and matters of this life.

15        • Serve Jesus, not man; for God dwells in temples made with out the

16    hand of man.

17        • Each man shall not say to his neighbor teach thee me of the lord:

18    for all shall know the lord. [John 4:14, 7:37-38] [James 1:14-16] [Matt. 6:24]

19    [Luke 4:8] [Acts 7:48-50]

The Beast Profile.

1    This little excerpt acquaints us with the subtlety that darkness

2    permeates: providing contemporary palpable divides, against the freedom

3    of Christ.

4    Darkness and sleep reigns symmetrically as George Bush Sr. (1989)

5    mandates D.A.R.E. and their 11th step entities as the religion of the

6    republic.

7    The next two presidents uniformly turned USA citizen's ownership:

8    of the production of our current technology, and thereby the USA currency

9    over to a power outside the USA citizen's, and by said WTO NAFTA

10   treaties: quickly rising to a power greater then the USA.

11   The citizen's estrangement from self-possessed ownership of said

12   basic economic structures: creates the one world government propaganda

13   machine: "dummying" down society to absolute nihilism of self, thereby of

14   western civilization.

15   No self-possession of the economy: no Sovereignty of borders,

16   language, and culture.

17   The Good Book does not say possess your vessel in honor to no avail;

18   those who don't, destroy themselves. This individual truth must be a

19   existential physical reality in respect to the economy; or the borders,

Exhibit (3)
Page 15

The Beast Profile.

1    **Language and culture, disappear to a power outside itself: but greater then**

2    **itself.** [1 Thessalonians 4:14 ]  [2 Timothy 2:21]

3         **Concerning the USA: it appears China is rising in power out of the**

4    **sea: Will reinstate the image of Lenin: and appears to be gouging the West**

5    **with the prophetic little horn: Islam".**

6         **These three powers in resolution pact from Clinton administration**

7    **on: namely Russia, China, United Nations of Islam, is the fast rising powers**

8    **from outside the USA, and becoming greater than USA.**

9         **The recent history of this debacle including after 9/11: finds the USA**

10   **Presidents and Congress with no political will, other than these three basic**

11   **powers.**

12   **Chapter [4] The epistle of John's plurality of Antichrists, begins in the**

13   **timeframe 100 A.D.... The articulation of such consisted of a Mandela of**

14   **Pagan Religion, Art, Collective Eclectic's, Fertility Cults, Greek mythology,**

15   **Hellenism etc.**

16        **I believe Hellenism and Greek mythology were written against in**

17   **epistle instruction. Epistle instructions were pro-Christ as such,**

18   **exhortations were against, aberration and the twisting of the doctrinal**

19   **order of the prophets, Jesus, apostles: Jesus being the chief cornerstone of**

20   **this foundation.**

The Beast Profile.

Exhibit (3)
Page 16

The Beast Profile.

1
2
3        ********
4    Pentecost Sunday is the current covenant that God has with the

3
4        ******
5      Earth.
6    ****** ******* ******* ******* ***
7    God bless you Jesus.
8    **** ******* ******* ******* *******
9    *** ******* ******* ******* ***
10    Abba Father... is the spirit...
11    *** ******* ******* ******* ***
12    [Ephesians 2:12-22] [Acts 2] [Roman 14-17]
13

14    This synthesis cannot follow the plurality of Antichrists from

15    Pentecost Sunday to the present. Thus with the above comprehension of

16    Rome we will move onto another significant Anti-Christ in history.

17    A just perspective of history can not ignore the panoramic divide,

18    symbolized in the allegorical covenants of Sarah the free woman: her son of

19    promise of whom God would have his covenant with; and of Hager and her

20    son the bond servant. This latter prodigy would become a great nation; but

21    it would also fulfill a marauding history, prophesied as like a wild ass in the

22    desert, infiltrating civilizations with his hand set against every man, and

23    every mans hand set against himself. [Genesis 17:19-21]  [Genesis 16:7-16,

24    17:20]

The Beast Profile.

Exhibit (3)
Page 17

The Beast Profile.

1    This Ishmael prodigy {Islam} fulfilled some of the major Antichrist

2    persecutions of the Church, and Christ followers; to the time frames of

3    Lenin, and Mao Ze Dong.

4    Church history from the resurrection of Christ: traversed through

5    Rome, to the full extant of the earth.

6    The falling away of this first church, its persecution of the Luther,

7    and Wycliffe principals; its love of political power more then God power,

8    brought forth the wings of an eagle half time of nourishment: prophesied in

9    {Revelations Chapter 12:14...}

10    The woman and the manchild were given the wings of a great eagle to

11    flee the flood tides of oppressions: to a depicted place in the wilderness.

12    This Church falling away, ushering in the flight on the wings of a

13    great eagle, was depicted, as in adultery with a seventh king, and for a time

14    with an eighth king. {Revelations 17:9-10.} It is a most significant point in

15    time, and understanding. This ushers in the prophesied time times and (half

16    a time). It is extremely important to comprehend, there is an interlude

17    between the 7th and the 8th king, belonging to the 7th: and the 10-kingdom

18    system. The prophesied one half time of nourishment significantly the

19    ratified Constitution of 1776 contingent on a corporal Bill of Rights is

The Beast Profile.

1    between the 8th king, and 10-kingdom system. The <u>10-kingdom system</u> is

2    built as apostasy takes place.

3    *{The time, times, frame's entail Orthodox Christianity to the North of*

4    *Israel, and East of Rome namely Russia. With Rome establishing Christianity*

5    *as their National Identity, Greek and Roman law already extending to*

6    *individual power of rights autonomous to government. The Magna Charta*

7    *was a growth of this principle, all culminating in the perfection of our half-*

8    *time Bill of Rights.}* <u>Reference the Measuring Rod</u>

9    Bush, Clinton, Bush, Obama, has removed Sovereignty of the USA,

10    and the world is basically falling into a 10-kingdom system. Real-time books

11    such as the clash of civilizations, shows the world to be aligning along

12    civilizational lines. Obama and the one world agenda is full speed ahead

13    into making the USA an enslaved footstool entity, to the sum of Antichrist

14    civilizations.

15    In the pre-1776 time frame, The Ishmaelite prodigy {Islam} was the

16    strongest Antichrist element persecuting Jesus Christ believers.

17    **********************************

18    In the traverse of Christianity forming up Western civilization: This

19    synthesis picks up the plurality of Antichrists at the Darwin entourage.

*Exhibit (3)*
Page 19

The Beast Profile.

1    We recall the Dragon sets out to make designs, against the woman

2    and the manchild. {Obviously within western civilization.} [Rev. 17:13-14]

3    As Darwin enters the scene proclaiming man to have evolved,

4    separate from God, and thereby a supreme entity onto himself: this pursues

5    onto the psychic intellectual concept of man, as an asymmetric Freud, Jung,

6    Bacon, libido.

7    This four post man of sin: claiming to be God unto himself; is the

8    accepted linguistic mindset of social Christianity, of anything called or

9    accepted as the social fabric of society. All pagan and pre-Christ religion

10    essentially accept the tenets of this four post asymmetric man, as their

11    fulcrum of reality.

12    Chapter [5]    I believe at this point of synthesis: education consists in

13    understanding, that being opposite of Christ, deem the subject of healing,

14    and soul consolation to be "Centre."

15    These two matters: health and happiness are the most prevalent to

16    the consciousness of mankind. Happiness, unhappy, must be answered to if

17    Christ: his peace, love, joy, kindness, mind of constructive, good in content:

18    be voided by being Antichrist. The rejection of Christ is the loins that bore

19    forth, psychiatry, and psychology. {Colossians 2:1-17, elucidates the vain

20    philosophy of man in convex of Christ.}

The Beast Profile.

Exhibit (3)
Page 20

The Beast Profile.

1    The Epistle of {Romans 4:12-16} is an accurate perspective of Gentile

2    religion. I believe this covers philosophy, as this school is an assessment and

3    revelation of what is seen in nature. Philosophy also has enumerated subject

4    matter found in the book of ecclesiastics: of which comprehend the vanity

5    of life.

6    Psychiatry, psychology, etc make Claims of knowing the soul of

7    mankind.

8    Jesus proclaims man has the power to judge mankind according to

9    outward conduct; for only God knows the Heart of mankind.

10   This begins the divide of the man (6) forming up to replace God.

11   The soul consists of the heart, mind, and emotions; in that order.

12   The "depiction" of this being the tabernacle instructions given to

13   Moses. This pattern was a Holy of Holiest: representing the spirit of man,

14   the Holy place: representing the soul of man, the outer court: representing

15   the corporal body of flesh clothing the spirit and soul. [Exodus 25:26-30]

16   [Hebrews 9:1-39]

17   The delineation of these two universally accepted opposites: can be

18   viewed on page (22-23)

Exhibit (3)
Page 21

The Beast Profile.

**Previous page. Delineation page.    Next page**

## Choose ye this day whom you will serve the Lord Jesus Christ; or the antichrists of...
## F_r_e_u_d  D_e_l_i_n_e_a_t_i_o_n.



Freud Jung, Behavioral psychology: encompasses all elements of the earth pre Christ religion, evolution, behavioral sciences, occultism etc.

Freud's, obsession with sexual matters is obvious as he places the genitals as the fulcrum of mankind. The pattern of the tabernacle symbolizing man, places his spirit as centre of mankind. The tabernacle shows us that the soul consist of the heart, mind, and emotions. Thus:

Roman tells us from the head a man conducts himself. This shows us that the mind controls the flesh.

Freud's order of man states that mankind conducts himself in a ego superego condition, which is always in a quadrivium fight with the subconscious in repressing sexual impulses. The emotional fruit of the genitals as the fulcrum of man is oppression, depression, obsession, repression, and the multiple categorizations of mental and emotional illnesses.

The Beast Profile.

# Christ order...



## Christor order...

**The Spirit renewed in rebirth via the Christ propitiation: lights the heart; the heart illuminates the mind. This order affects the emotional fruit of Peace, Love, Joy, Patience, courtesy, perseverance endurance etc. This order of man thinkth no evil, and pursues what so ever is worthwhile, constructive, wholesome and good.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This delineation clarifies that psychology, and psychiatry is for the unbelievers in Christ. When one considers that the world is full of unbelievers it becomes apparent these said professions need to restore themselves; to the respect and integrity of their own belief systems. It would profit these said schools to recognize the tabernacle order. Recognizing this order would establish didactic pedagogy after the order of reality therapy, the philosophy of Your Erroneous Zones, and megavitamin therapy etc.

Previous page      Next page

The Beast Profile.

1  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
2  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

3  **Chapter [6]**

4  The present day fight over the area of heart, mind, and emotions, is

5  waged by the asymmetric Antichrist's of psychiatry, behavioral psychology

6  systems; usually experienced at the interface level of D.A.R.E. 11th step, 12th

7  step, powers and societies.

8  1) Freud -- Product of bound to the Earth.

9  2) Jung---- Delved into the spiritual juncture.

10  3) Bacon-- One of the better-known fathers of behavioral psychology.

11  I will elaborate on this most important precept, for the spirit of

12  delusion works much suffering upon people in the name of Freud based

13  belief systems.

14  This didactic delineation of these two divergent systems will begin

15  with the tabernacle condition.

16  Absolute 1)  - Man separated from God, in a state of imperfection of

17  the (6th) day.

18  Absolute 2) - Rebelled by eating the fruit of the knowledge of good

19  and evil: making him an enemy of God, and pursuing a path of making

20  himself equal to God.

The Beast Profile.

Exhibit (3)
Page 24

The Beast Profile.

1    **Absolute 3)    - Symbolism sums up the seed of Adam: corrupt**

2    **imperfect by nature, as one man; the first "Adam."**

3    **Absolute 4)    - Needs salvation, meaning: restoring that which was**

4    **lost.** [Genesis 3:3-6 | 3:21-24] [Romans 3:23 | 5:12]

5    **That which was lost was Adam's seed, and his opportunity to eat of**

6    **the tree of life to become (7) a living Son of God.**

7    **Recalling the reason for salvation is, and was Gods ego: "I AM".**

8    **When the first Adam rebelled God could have destroyed mankind**

9    **for all time. God in his terrible pride could not allow Satan's gloating over**

10   **man's choice to join "Satan himself," in exalting against God. God answers**

11   **Satan with a plan to salvage man.**

12   **Arriving at a compendium summary of man's condition.** [Exodus

13   10:9-15] [Hebrews 9:1-26 | 8:5]

14   **1) Man evil: separate from God. God cannot tolerate man's presence.**

15   **2) Thereby God designs a medium to communicate with man: the**

16   **"Tabernacle". God commanded Moses make sure you construct the**

17   **tabernacle precisely according to the instructions.**

18   **This tabernacle and covenant is spoken of as a foreshadow of the**

19   **things to come.  Literally a shadow of the new and everlasting covenant**

The Beast Profile.

*Exhibit (3)*
Page 25

The Beast Profile.

1    whereof God would have individual fellowship with man: and call us

2    friends, his love canceling out fear; thereby the soul sings Abba Father.

3        The tabernacle consisted of the Holy of Holies, the Holy place, and

4    the outer Court.

5        a) The Holy Holies: of which God indwelt with the Shekinah Glory,

6    represents the spirit of man, also within was the Heavenly Manna, Arrons

7    Rod, and the Ten commandments.

8        b) The Holy place represented the soul of man; the Holy place

9    consisted of the alter of incense: representing the heart of man. The

10   showbread: representing the mind of man. The candle stand represents the

11   emotions of peace, love, joy, etc; nine fruits of the Holy Spirit. [Galatians

12   5:22-25]The candle stand had three more sets of branches representing the

13   hearts love, for the nine gifts of Ministry.

14       c) The outer court symbolized the corporal flesh, clothing soul and

15   spirit. [Hebrews 9:22]

16       The outer court symbolized here in; the sacrifice for sin was carried

17   out: blood must be the price paid... [Hebrews 9:22] this covenant allowed

18   animals, fowl, and grain etc. to be used as a sacrifice...Arron the High

19   Priest, after making the prescribed sacrifice for himself and the people,

20   would enter once a year into the Holiest of Holies and the Holy Spirit would

The Beast Profile.

Exhibit (3)

The Beast Profile.

1    fill the Holy of Holiest and give Arron instruction for the people. [Hebrews

2    9:15-28] [Colossians 2:13-17]

3    Reference page (22-23) for the delineation of the tabernacle.

4    Christ paid the price once and for all time, the symbolic outer court:

5    was his own flesh, this was accounted as a just payment; an eye for an eye,

6    one just man Christ, "for the unjust man the first Adam." {Sum of his seed:

7    YOU!}

8    The good book tells us through the rebellion of one man Adam; many

9    die. Through the faithfulness of one Just man the Christ, many live.

10    The gospel tells us that when Christ died: thunder and lightning, an

11    earthquake, rent the curtain between the Holy of Holiest, and the Holy

12    place. This symbolized God could have direct fellowship with man: with

13    this just sacrifice. [Matthew 27:50-54] [Exodus 27:21] [Hebrews 9:1-28 | 6:19-

14    20]

15    The Christ, giving his life in the place of an unjust one: is the

16    accepted sacrifice for sin. [Revelation 5:6-17] [Romans 5:6-17]

17    As many as receive this sacrifice for themselves: in the place of,

18    {their own liability} "have the power" to become the (7) living sons and

19    daughters of God. [John 1:12-14 | 3:3-8] [Hebrews 6 13-20]

The Beast Profile.

1        This sacrifice allows God to Fellowship with individual believers of

2    mankind: by indwelling, and renewing the spirit of the individual. This is

3    the "Rebirth by the Spirit of God". The renewed Spirit (Holy Holies) of the

4    believer illuminates the heart, (Alter of incense) the heart illuminates the

5    mind, (Show Bread) the fruit of this order fulfills the emotions of peace,

6    love, joy, kindness, courtesy, perseverance, endurance, patience; of such

7    there is no law written against. [1 John 3:3-8] [Romans 5:5 | 1-21 | 10:10] [1

8    Peter 1:22 | 3:4 | 3:15] [Galatians 5:22-25]

9        This is called The New and Everlasting Covenant. This is only

10    Covenant that God has with the Earth.

11        Jesus is the high priest of this covenant: having tasted death for

12    every believer, he has overcome death, and ever lives to make intercession

13    for the new Jesus Person. [Ephesians 2:12] [Hebrews 8:6 12:24 |10:1-14]

14        (Ephesians, St. Peter, St. John's, and Hebrews: these epistles in that

15    order will fulfill all knowledge of the Christ's salvation.)

16        I have much more to say on this matter; but it suffices the breadth of

17    this synthesis, in understanding salvation by Christ.

18        This breadth also establishes the functional order of man to be spirit,

19    heart, mind, and emotions. (See page (22-23) delineation.)

Exhibit (3)
Page 28

The Beast Profile.

Chapter [7]

1

2      The delineation of Freud's condition; as witnessed on page (16),

3   is an exact opposite of Christ's salvation: "Antichrist".

4      Every iteration, of the rudiments of Freud's foundation of mankind:

5   extrapolates from the genitals, as the center of mankind.

6      The tabernacle says the centre of mankind is his spirit.

7      Freud's dogma: man is a product of his environment, relationships,

8   and experience; In essence; was and becoming.

9      The Christ dogma: being and becoming.

10      The precept being: things of old have passed away; ye are a new

11   creature is Christ. Grow in wisdom knowledge and understanding of

12   Christ, and that according to the individual seal of the Holy Spirit; as

13   witnessed in Ephesians (1:12-14)

14      Freud's basic philosophy from this above delineation is that man

15   pursues life, in an ego--super ego state; but is ultimately victimized by his

16   subconscious, ending in disoriented manifestations of neurosis, mental

17   illness, and the like.

18      This subconscious is victimized by past experiences: usually sexual

19   repression, refracted as guilt.

The Beast Profile.

1    Essentially without meditation for the sin condition of man's, soul

2    and flesh: goes directly to the emotional condition, construing that the mind

3    has built up defense mechanisms in response to bad experiences; and as

4    such must be confronted. This usually results in the emotions being God of

5    the soul: as emotions can be as fleeting as footprints in a sand storm, this

6    type of person is unstable.

7    The good book admonishes us to be alert to those who follow their

8    own gut, who know only their own sensual being, and that according to the

9    basic elements of the Earth. The Epistle to Rome, states from the head

10    {mind} man conducts himself: inverting this order is disastrous.

11    <u>Reiterating the delineation of Freud.</u>

12    Freud's successor, "Jung"; did recognize the spiritual aspect of man,

13    and did make such his fulcrum.

14    Jung: without the Christ propitiation for the sin condition of man,

15    delves into the junction of spirit in relation to mind, emotions, and the body.

16    Anyone can read the studies of Jung, and recognize: futility is the bottom

17    line.

18    Freud and Jung's no Christ propitiation principle is not the healing

19    balm of Gilead. Their success rate is chronic mental illness and

20    institutionalization.

The Beast Profile.

Exhibit (3)
Page 30

The Beast Profile.

1    The de-institutionalization of the 60's onward in the area of

2    psychiatric facility: essentially makes the whole nation the nuthouse; with

3    the asymmetric mobs, Freud, Jung, Bacon running the insane asylum.

4    These mobs are of course yourselves: 11th and 12th step America.

5    Making the first last, and the last first, destroys individuality. A

6    molecule consists of individual atoms, with a correct atomic number and

7    order: further articulation of order might be found in the Good Book: first

8    the shoot, then the leaf, then the ear. Is this spoken to no avail?

9    The putting of politician's, teacher's, pulpits into position of

10    leadership and power; without this process means a certain death: of

11    indeed the whole Nation an insane asylum. An anomaly to this natural

12    process repeats itself about as often as a new Einstein appears in the school

13    of science. [Francis Bacon]

14    [There is no better example of this then Obama being made President

15    of the USA, with virtually no experience of doing anything for the Nation:

16    or even believing in the Nation, as he boasts of being an internationalist;

17    with no love or respect for USA Nationalism.]

18    Mob minded hysteria is the Revolution: "Its De-evolution."

19    The saturation of all society with powerlessness, in the asymmetric

20    Freud Mobs: decreeing whom the individual is.

The Beast Profile.

Exhibit (3)
Page 31

The Beast Profile.

1    Jung: any spirituality as long as it is not the singularity of Christ.

2    Bacon manifestation is seen in the D.A.R.E. federal house. Per

3    example whom does the government represent in litigation

4    Civil Rights violations, small business loans, HUD Housing, Sec. 8,

5    etc.

6    The Answer: minorities, gays, Tran gender's, woman.

7    This debacle is part of the asymmetric four post man of lawlessness:

8    in definition, the measure of lawlessness is decreed as to whether one

9    accepts the aforementioned absolutes of Sin propitiation, and thereby

10   Christ. The measure is also decreed in contingency of on how one accepts

11   the depicted place in the wilderness: (USA) borders, language, and culture.

12   [Revelation 12:14]

13   This nourishment on the wings of an eagle is established.

14   The Eagle = The corporal Bill of Rights.

15   Jefferson = articulated function, qualifications, of government.

16   The judiciary: = The servant of the individual's Blackstone Bill of

17   Rights.

18   The man and woman of whom does not see this above order:  give

19   allegiance to, or abide by, is the man of lawlessness. Reference the

20   Measuring Rod.

The Beast Profile.

Exhibit (3)
Page 32

The Beast Profile.

1          \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2          Indeed, this powerlessness was ushered in, in 1989. George Bush had

3      Billy Graham extend his arms and invite all of Ecclesiastical America, to

4      rule on the many waters, as the whore of the asymmetric man of sin: Freud,

5      Jung, Bacon.

6          The metaphor of first the shoot, then the leaf, than the ear, applied to

7      George Bush building the federal house, D.AR.E.

8          The shoot of this powerlessness begins with Billy Graham, speaking

9      the serenity prayer at the inaugural address. The leaf: George Bush

10     nominating a secretary of defense, then proceeds to throw him to the mobs

11     to determine, if a womanizer, an alcoholic abuser, or an alcoholic?

12         The ear appears to be the diminishing returns, of which these mobs

13     effect.

14         Further a little play on words: George Bush Sr's first piece of

15     legaaslation mandated more power to homosexuals and handicaps.

16         "Antichrist perhaps??" Reference the book of {Romans: Chapter 1:1-

17     32.}

18         Having worked in disabled facilities I am well aware that no nation

19     has ever spent as much to take care of, be provisional to handicaps in

Exhibit (B)
Page 33

The Beast Profile.

1    history; or in the history of any nation. This being the extant of the matter:

2    in 1983.

3        The good book says to be kind to the feebleminded. I believe George

4    Bush and his bipartisan mob hysteria thought the good book said, let the

5    feeble minded rule over you. [1 Thessalonians 5:14]

6        Further observation of this asymmetric man of sin, and his

7    ecclesiastical whore: namely their political 11$^{\text{th-and}}$ 12th step societies.

8        Affecting that they are all kings and gods (incidentally without the

9    growth of shoot, leaf, ear). They rush right into their inheritance. They

10    disdain manufacturing; such was/is beneath their dignity.

11        Thus, in their ultimate wisdom, took foreign hand it over payoff's:

12    passing WTO, NAFTA, afta's, thereafter till every dollar is sent out; to

13    dribble back in via Wal-Mart.

14        This they proclaim loud and clear, to be the sine-quon non, ladeda

15    ladeda of economics.

16        If the almighty wisdom of this escapes you; get in my boat, we will sail

17    over and witness the higher power replacement jobs. You guessed it the last

18    is first, thereby every 4.9 sociopath is first. You see, he was a victim of

19    society; he really is not a criminal.

The Beast Profile.

1    The federal house now borrows this money from China, pays the

2    psychologist, and his adjunct 11th step societies to rehabilitate poor victim.

3    Let us lower our sails and observe some of the beatitudes of these

4    salvations.

5    The revolution of devolution replaces the honest manufacturing jobs:

6    with subsidization of psychologists, counselors of chemical dependency

7    treatment facility, behavioral treatment facility etc.

8    Astronomical subsidization of entertainment is the economic status

9    quo. The entertainment sectors: their followers maintain a high-volume of

10   clientele for chemical dependency and behavioral facilities.

11   Law enforcement, prisons, and security, are not bearing lightweight

12   budgets in this libido panacea of a better world.

13   Incidentally, the mainstream news is designed to further dum down

14   these segments of society.

15   Education gets a quantum boost as a method of wasting money, while

16   the algorithms of WTO NAFTA one world agenda further reduces our

17   dollar to ground zero: our economy to a banana state, without the banana

18   farms.

19   This revolution has poor victim 4.9 sociopath coming out of treatment

20   with a 30 day PhD…

Exhibit (3)

The Beast Profile.

1       Enshrined with the tools to stay sober…you would think so?

2       But look again. These unionized economic systems have an enemy.

3       That enemy?

4       Anyone who does not attend church at least once a week, An alternate

5       if one be an unbeliever attend an AA meeting, Narcotic anonymous meeting

6       once a week, an encounter group, or individual counseling will also allow

7       you to be socially acceptable. At the very least you must belong to a Rotary

8       club, Moose Lodge etc.

9       Clearly, political correctness knows if you belong to any religion of

10       foreign persuasion hating the USA, you are beautiful.

11       You are also fine if you are a real alcoholic or drug addict in practice,

12       society knows you are good for a treatment or two, maybe some Prison

13       time. At minimum they can point to such as the problem, and solicit funds

14       for an endless barrage of institution and religion.

15       God forbid, if you are independent of these bondages, on that day

16       they decree you to be the abomination, and the declaration of war is made.

17       Their mobs armed with their 30-day PhD's, and their 11th step

18       fundamentalist's psychotic position of judgment; target a free man or a free

19       woman, to devour.

The Beast Profile.

1        Claiming that enmasse of sorcery, molesting, raping, is their idea of

2    societies preamble of one nation under Freud, Jung, Bacon; with

3    ecclesiastical America Babylon whore, a second power of sanctification.

4    They account all government system theirs to devour the enemy, namely the

5    free man and free woman.

6        Work or at home: no problem. These powers have electronic

7    surveillance to accost every expression, every emotion, judge every word.

8        This is clearly the day of calling light darkness, darkness the light,

9    right wrong, and wrong right etc. Perverted backwards is the term.

10        These 4.9 sociopath's, and their religious psychotics, are rape of the

11    very soul. This at a level no civilization ever conceived, let alone designed

12    and carried out.

13        This accentuation of evil by technology is carrying the day for these

14    entities.

15        This decolozation of our Bill of Rights is certainly turning our Nation

16    upside down. In clarification, putting the last first, the first last: namely the

17    rehabilitation of 4.9 sociopaths as the wisdom of telling the free man and

18    the free woman what to do, is "INSANE" not "SANE".

19        Giving the 4.9 sociopath, and his psychotic religious mobs power to

20    persecute is "INSANE", not "SANE".

The Beast Profile.

Exhibit (3)
Page 37

The Beast Profile.

1    There can be found no power in the Declaration of independence, of

2    nature's laws, of nature's God to do so. The articulated Bill of Rights

3    prohibits such; it does not empower the said to violate others'.

4    These rehabilitation systems are no longer whiling away their hours,

5    till they are covered up with flowers, in the back of a black limousine. They

6    are devours of Christ, because they know they have a short time to live.

7    Their higher power are the lowest powers of hell; and is what, and

8    whom, all laws governing conduct are written against.

9    Because of the asymmetric man of sin: Freud, Jung, Bacon, and their

10   whore, Ecclesiastical America: God shall cut the time short. The next major

11   judgment will be the <u>sixth seal</u>.

12   The next time you hear the fundamentalist's, and evangelicals run

13   their mouth off against the accuracy of this synthesis, ask them who is the

14   mother of Harlots, and her Daughters many, sitting on the many waters:

15   multitudes of people?

16   Ask them? Is it this one writer of this synthesis of truth?

17   Is it not you the fundamentalist, evangelical, and your sisters many

18   sitting in power with the multitudes of people on your side?

19   **********************************

The Beast Profile.

1    Further matters of interest concerning D.A.R.E. of which is displayed

2    on the back of every police car, county facilitate, hospital, principality,

3    school, church, etc.

4    How, and who was able to persuade these awesome powers, to fear

5    this little substance, "drugs:" under indictment of this fear flee, and give

6    one accord to a singular system called D.A.R.E.

7    Even the slowest are probably picking up on the answer: the

8    perpetrators of this mass hypnosis are teachers of powerlessness.

9    Freud, Jung, Bacon: behavioral science, behavioral psychology,

10    political science, is the author and teacher of powerlessness.

11    This above asymmetric is whom decreed the cardinal rule that

12    homosexuality is an innate matter, something someone is powerless to:

13    either genetic, born with, etc. This determination certainly opposes Christ's

14    acumen as described in {Romans 1:18-32}. "Antichrists."

15    Behavioral science, and their psychologists are the great shaman that

16    the medical profession adhered to in determining alcoholism and drug

17    addiction, to be a disease: a medical condition.

18    From the 70s on the increase of money, education of the hazards of

19    alcohol and drug addiction: the order, sequence of behavior as a disease;

20    commensurate the number of alcoholics, and drug addicts increased.

The Beast Profile.

Exhibit (3)

The Beast Profile.

1    This per unit of money to educate: it produced a new clientele
2    alcoholic, drug addict for treatment, and/or crime statistics.

3    This observed phenomenon actually proves that alcoholism and drug
4    addiction is a taught behavior; rather than a disease. The exception to this
5    would be in the case of organic brain damage; affecting the faculty of
6    volition.

7    It is interesting to know this follows the same rule in Europe;
8    European's are actually the pure test case.

9    Europe historically had a much lower incidence of alcoholism up to
10    the 1970s.

11    The saturation of Europe with the preventive education of the
12    horrors of alcohol and drug addiction: conversely affected the increase of
13    alcohol and drug addiction.

14    Like America this paradox of per unit spent in education, the
15    opposite result.

16    This pandemic effects to a palsied loss of conscience, concerning their
17    own borders, languages, and culture.

18    *This palsied conscience of borders, language and culture: appertains to*
19    *the giving themselves over to a power outside themselves, but greater than*
20    *themselves.*

The Beast Profile.

Exhibit (3)
Page 40

The Beast Profile.

1    The standard higher power, regardless of the garment, is Freud,

2    Jung, and Bacon. (Wide are the gates of destruction, and there are many

3    other Antichrists then these. You have heard of all the others. This four

4    post man of sin is systematic, and has stolen your soul without anyone

5    giving you choice on the matter)

6    This nihilism of individuality, also accepts the panoramic world

7    consciousness of these Antichrist systems of which declare 1,950 years of

8    time, times, and one half time (namely western civilization) to be the villain.

9    It glorifies 2000 years of dictators, and antichrist governments, declaring

10    their incompetence, their problems are the fault of Christ; his anointed

11    ones, and their accomplishments: namely western civilization.

12    This basic tenet of Freud's panoramic baseline, accounts the white

13    man as evil for developing technology, mass production to feed the

14    increasing population, and its masses.

15    The tenet baseline portrays the tribal lifestyles, harvesting the bounty

16    of the earth, essentially sitting on their butts enjoying life, waiting for God

17    to produce his sustenance to be good: exalting it to the Apogee of holy cow

18    stature.

19    This tenet baseline portrays the traverse of Judaism and Christianity

20    to be evil.

Exhibit(3)

The Beast Profile.

The Beast Profile.

1    This panoramic view holds the cultures of cannibalism, head

2    shrinking, Aztec, Mayan, human sacrifice to be good. This view

3    encompasses these cultures to be victims of anything from A – Z especially

4    of the White man's expansionism.

5    This asymmetric man of sin: Freud, Jung, Bacon, is the foundation of

6    all powerlessness. His belief systems beat the white man over the head with

7    the above premise.

8    The pandemic nihilism of Western borders, and language, by these

9    above cultures??

10    Range from beheading to human sacrifice: this basic devolution is

11    being witnessed throughout the Earth. Most recently: Concentric Circle

12    mutilating and torture via Psychotronic Warfare, and that against self

13    governing free Citizens within the USA.

14    Barbarianism!

15    The dynamics of a Freud gut returning to one's roots, find Western

16    multiculturalism reaping some of the head shrinking, cannibalism, and

17    beheading. [This was written in 2007, the situation presently on the

18    southern border is Islamic culture practicing dissimulation in the form of

19    gang fronts, and it is quite apparent they are the government; as the

20    President of Mexico is up here telling our standing Treason government to

The Beast Profile.

Exhibit (3)

The Beast Profile.

1   disarm the second amendment of the USA. A standing president of Mexico

2   would be asking the USA to send their troops in to remove said Barbarism:

3   he would not be practicing dissimulation disarming of our Citizens.]

4               <<<*** *** *** *** *** *** *** ***>>>

5       George Bush hanging around Aztec, Mayan temples in Latin

6   America, aspired the axiom of human sacrifice to his great Iraq stratagem.

7   Bush enacts that his soldiers hands be tied in the name of a fair fight with

8   some of the most violent people on Earth. Furthering this axiom George

9   Bush tells his soldiers they get to deal with IED's, IPEDs, and suicide

10  bombers at the point of contact. If they react just a little too much, so as to

11  appear to be robust; you guessed it they get a court marital. [Daniel 8:23]

12      This qualifies as a case of human sacrifice.

13      George Bush has never heard of the axiom of taking out the enemies

14  at the source; bomb Ahmadinajad and his 50,000 suicide bombers in their

15  training camps, bomb their supply lines in Syria.

16      There is another axiom that says you untie your soldiers hands, so

17  they can kill the enemy, this is in axiom that proceeds unto Victory.

18      [This was written in 2007: Obama's Afghanistan stratagem replicates

19  in exponential the axiom of Bush's Iraq sacrificial offering to the Beast.]

Exhibit T(3)

The Beast Profile.

1    Most of this nihilism is formed up out of unrestricted immigration

2    with a plethora of provision: allowing non-assimilation; of which

3    supersedes onto acquiescence to the invading culture.

4    The redundancy of this axiom proceeds to the diminishing return of

5    Ground Zero: there is no England, no Europe, no USA, there is no

6    Christian civilization there after. *(As stated previously Babylon the whore*

7    *will be on the earth claiming to be Christianity to the last bowl judgment.)*

8    The evolution of hell thereafter, shall grieve every righteous person.

9    On that day, I say that let the judgments begin. My prayer will be.

10    Abba Father, God speed to the <u>Sixth Seal</u>, Amen and Amen.

11    Chapter [8]

12    This handwriting presses untoward the expatiate parameters; by

13    discipline perhaps we can bend it back toward the ephemeral.

14    Such as it is, we now have an understanding of our federal house,

15    D.A.R.E. it is the interface to all classes of society with its social fabric of

16    common language and understanding.

17    We have an understanding that it is a Freud baseline, behavioral

18    psychology language; and the 11th step plethora of any and every religion

19    will do; except the singularity of Christ, of whom, does away with the need,

20    and thereby bondage that Freud, Jung, Bacon, truly is to the soul.

Exhibit (3)

The Beast Profile.

The Beast Profile.

1    Embodied in the commonality of powerlessness is the understanding

2    that it is an infantile doctrine: Oedipal in nature.

3    The inane silliness of believing what you put in your mouth in excess:

4    whether food or social elixir, to be a disease is a laughable doctrine.

5    The foundation of this doctrine is found in a commonplace; the old

6    wives tale, and adage that women love drunks, and babies....

7    This gives us the qualifying baseline.

8    Powerlessness originates as a doctrine of alcohol and drug-addiction,

9    it becomes the excuse for Oedipal complexities: the desire to return the

10   womb, untouched by the reality of life; warm, comfortable, nurtured with

11   no concern. This is the inverse per-example of one fulfilling a life style that

12   satisfies the every facet of the soul. This is termed happiness with reality.

13   Its Verifiable, that every alcoholic, or drug addict has an enabler, it is

14   usually a woman. This reciprocal of a woman enabling a man to replace his

15   life with alcohol and drug addiction, is a facet of our own soul's desire to

16   reduce that man to an Oedipal state.

17   Nonetheless, teaching the people if one love being high. They will

18   fulfill a sequence of behavior: namely lie, cheat, steal, abuse, and even

19   murder for that high, is at minimum auto suggestion. It is also established

The Beast Profile.

1    by society as absolute; thus, an initiate is induced to believe the doctrine. If

2    one believes, so he fulfills by faith that doctrine.

3    This is called inane silliness, because, clearly, every sociopath. Now

4    has an excuse.

5    If one become habitual to the point of physical accumulation; they

6    instantly remember, they have a disease. As they believe by faith. They

7    fulfill the substance of that belief: namely lying, stealing, oppressing,

8    abusing of others.

9    I – mean –" really"—it is!

10    "Really" an inane silly laden doctrine…

11    The good book says if you be drunk, cease doing so: and rather, be

12    filled with the Holy Spirit….

13    This clarifies, if one can cease: It is a volitional matter.

14    When behavioral science, the medical profession, removed the moral

15    stigma of drunkenness, and drug addiction; the social fabric began their

16    residual diminishing return to ground zero.

17    Has anyone watched the aberration of Congress and president

18    recently? I mean, like infantile and about to return to the womb: oblivious

19    to all problems, while securing themselves as the beneficiaries of all wealth.

Exhibit (32

The Beast Profile.

1    I mean, detached infantileness: open borders, our currency being sent

2    out permanently by the WTO NAFTA auspicious. Islam coalescing onto the

3    day their bloodlust decrees, what they took over is a bitch that must be

4    beaten, if not killed.

5    The Congress and the President are Goo-gooing how great it all is.

6    (December → 07).

7    *[The present Obama Administration, are diligent practitioners of this*

8    *infantile auspicious: increasing the goo-gooing to multi million dollar parties,*

9    *2 Billion dollar vacations, and trillion dollar suckers.] (2008→2011→2014→)*

10   *Previous page*.   *Next page*.      **Delineation Page.**Page 47 of

11

12   **********************************************************

13                    **********

14   **Chapter [9]**

15   Nevertheless; having the absolute rudiments of salvation by Christ,

16   the convex of this: the basic dogmas of Freud, Jung, and Bacon forming up

17   the divide.

18   The behavioral science, behavioral psychology aperture: is the

19   robotic arm that controls society. Mod psychology is the communication of

20   social, political, and religious America.

The Beast Profile.

Exhibit (3)
Page 47

The Beast Profile.

1    Behavioral psychology, behavioral science: designs programme of

2    motivation, incentive, morale, etc. for government and private economic

3    systems…

4    It is the controlling arm in public schools: its curriculum, counseling,

5    disciplines. It has aperture in family courts; it is the designer of police

6    motivation, morale, disciplines.

7    For example: behavioral psychologists design the amount of force to

8    bring a resisting suspect under arrest, as well as how to implement that

9    force; it designs training programme for the military.

10   As the world becomes more crowded, and dumbed down, this

11   programs robotic arm will be in your faces as big brother.

12   Thus, as most observed: "big brother", we will pursue his behavior

13   profile in context to the breadth of this synthesis.

14   The compendium dogmas of behavioral psychology are derived from

15   baseline tests on animals: stress tests, neurological, and biological tests.

16   The baseline findings are decollated into programme in controlling

17   humans, as aforementioned.

18   It's clear to me if tests are done on animals, translated into

19   programme: that the one who volitionally follows such a pattern, is

20   worshiping four footed, creeping, crawling, creatures.

*Exhibit (3)*

The Beast Profile.                                    Page 48

The Beast Profile.

1     It's likewise clear to me that such is anti-human let alone Antichrist.

2     This clarity recollects there is a pro-Christ instruction on quite this

3     matter...

4     In the last days, man shall exult, and glorify the creature (creation)

5     over the creator: even onto worshiping creeping, crawling, four-footed

6     creatures. [Romans 1:22-23]

7     Shun these people, and in this day, understand; the aforementioned,

8     or at least one aperture will persecute you.

9     Further erudite: in succinct grasp of the philosophy of behavioral

10    psychology, it considers man as an evolutionary animal, to be controlled by

11    external aperture.

12    This philosophy deems man or some popular concept of society as

13    requisite, in determining the status quo behavior.

14    This fulfills the glorifying and serving man rather than God. This is

15    an opposite position of Christ: Antichrist....

16    Behavioral science, psychology: apparently like the rest of society has

17    no knowledge of the black stone Bill of Rights interpretation.

18    Conceptualizing the bill of rights as the baseline to determine if they have a

19    right to control someone's behavior: "escapes this system." In cases where

Exhibit (3)
Page 49

The Beast Profile.

1    they do have the right: they do not use the Bill of Rights as goal oriented

2    behavior.

3    Behavioral sciences, behavioral psychology's: mindset, psychic,

4    emotions, are at enmity to the freedom of the Blackstone Bill of Rights

5    interpretation; and at double enmity if one is free in Christ.

6    Needless to say, behavioral science and psychology meet the

7    immediate truth with a diatribe of venom.

8    Merit can be deferred to this school [Behavioral Psychology],

9    concerning the profoundly mental and physically disabled. Behavioral

10    psychology has advanced the development of this sector of society, to

11    normalization skills, and lifestyles.

12    <<<*** *** *** *** *** *** *** ***>>>

13    The expatiation of this subject matter, constrains a drawing together

14    the correlative points into a summary.

15    Freud deals with man as an emotional disorder: in need of

16    psychoanalysis, as clarified earlier, restructuring the soul, by confronting

17    the mind and its defenses.

18    The poor soul remains in darkness.

19    Jung dealt with the darkness of the unsaved spirit of man: the

20    spiritual relation to problems of mind, emotions, and body.

The Beast Profile.

Exhibit (3)
Page 50