# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY DIGIOVANNI,<br><br>        Plaintiff,<br><br>  v.<br><br>PENTAGON, et al.,<br><br>        Defendants. | Case No. CV 16-8836 JLS (SS)<br><br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the above-captioned action is dismissed with prejudice.

DATED: August 15, 2017

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE